AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DINA GOLDSTEIN,

*Plaintiff(s)*

v.

TOWN OF SURFSIDE, FLORIDA, ENRIQUE DOCE, AND MARK BLUMSTEIN

*Defendant(s)*

Civil Action No. 1:26-cv-20965-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TOWN OF SURFSIDE, FLORIDA
9293 HARDING AVE
SURFSIDE, FL 33154

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  BRIAN H. POLLOCK, ESQ.
FAIRLAW FIRM
135 SAN LORENZO AVENUE, SUITE 770
CORAL GABLES, FLORIDA 33146
TEL: (305)230-4884
BRIAN@FAIRLAWATTORNEY.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 13, 2026

Angela E. Noble
Clerk of Court



**SUMMONS**

*s/ B. Chin*
Deputy Clerk
U.S. District Courts