UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20965-GAYLES/SHAW-WILDER

DINA GOLDSTEIN,

    Plaintiff,

vs.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, AND MARK
BLUMSTEIN,

    Defendants.
_____/

**ORDER GRANTING LEAVE TO FILE SUMMONSES UNDER SEAL**

**THIS CAUSE,** having come before the Court on Plaintiff's Motion for Leave to File Proposed Summonses Under Seal, and the Court being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**:

1. Plaintiff shall file the Proposed Summonses to be issued to Defendants Enrique Doce and Mark Blumstein under seal based on Fla. Stat. § 119.071(4)(d).

2. Upon filing, the Clerk of Court shall issue said summonses under seal and send/email them directly to Plaintiff's counsel.

DONE AND ORDERED in Chambers on this \_\_\_\_\_ day of February 2026.

                                                _____
                                                DARRIN P. GAYLES
                                                UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*