# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:26-CV-20965-DPG

Plaintiff:
**DINA GOLDSTEIN**

vs.

Defendant:
**TOWN OF SURFSIDE, FLORIDA, ENRIQUE DOCE, AND MARK BLUMSTEIN**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 18th day of February, 2026 at 3:21 pm to be served on **TOWN OF SURFSIDE, FLORIDA, 9293 Harding Avenue, Surfside, FL 33154**.

I, Joseph Onega, do hereby affirm that on the **19th day of February, 2026** at **12:51 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Sandra McCready** as **Town Clerk** for **TOWN OF SURFSIDE, FLORIDA**, at the address of: **9293 Harding Avenue, Surfside, FL 33154**, and informed said person of the contents therein, in compliance with Florida statute §48.111.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: Hispanic, Height: 5'6", Weight: 145, Hair: Light Brown, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861, SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2026000177

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e