## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:26-CV-20965-DPG

Plaintiff:
**DINA GOLDSTEIN**

vs.

Defendant:
**TOWN OF SURFSIDE, FLORIDA, ENRIQUE DOCE, AND MARK BLUMSTEIN**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 23rd day of February, 2026 at 10:23 am to be served on **Mark Blumstein, Address redacted per FL Stat. 119 Exemtion**.

I, Ernesto Avila, do hereby affirm that on the **25th day of February, 2026** at **3:20 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Mark Blumstein** at the address of: **Address redacted per FL Stat. 119 Exemtion**, and informed said person of the contents therein, in compliance with Florida statute §48.031(1)(a).

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: White, Height: 6'2, Weight: 185, Hair: Black, Glasses: Y

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

_____
**Ernesto Avila**
S.P.S. #907 & C.P.S. #2171

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2026000194

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e