UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-cv-20965

DINA GOLDSTEIN,

    Plaintiff,

vs.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, and
MARK BLUMSTEIN,,

    Defendants.
_____/

## NOTICE OF APPEARANCE

The law firm of JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A., hereby enters its appearance as counsel of record for Defendant, TOWN OF SURFSIDE, FLORIDA, in the above-styled action.

Copies of all further pleadings and papers served on said Defendant, TOWN OF SURFSIDE, FLORIDA, should be forwarded to:

    Jeffrey L. Hochman, Esq.
    Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
    2455 East Sunrise Boulevard, Suite 1000
    Fort Lauderdale, FL 33304
    Telephone 954-463-0100
    hochman@jambg.com
    cardona@jambg.com
    finley@jambg.com

Dated: March 13, 2026

Respectfully submitted,

*/s/ Jeffrey L. Hochman*
Jeffrey L. Hochman
Fla. Bar. No. 902098
Johnson, Anselmo, Murdoch,
Burke, Piper & Hochman, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
Tel: (954) 463-0100
Fax: (954) 463-2444
*Counsel for Defendant Town of Surfside*
hochman@jambg.com
cardona@jambg.com
finley@jambg.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of March, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

JOHNSON, ANSELMO, MURDOCH, BURKE,
PIPER & HOCHMAN, P.A.
*Counsel for Defendant Town of Surfside*
2455 East Sunrise Boulevard, Ste. 1000
Fort Lauderdale, FL 33304
Telephone: 954-463-0100

BY: */s/Jeffrey L. Hochman*
      Jeffrey L. Hochman
      Florida Bar No. 902098

**SERVICE LIST**

Brian H. Pollock, Esq.
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: 305-230-4884
brian@fairlawattorney.com
*Counsel for Plaintiff*


Jeffrey L. Hochman, Esq.
Johnson, Anselmo, Murdoch, Burke,
Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Ste. 1000
Ft. Lauderdale, FL 33304
Tel: 954-463-0100
hochman@jambg.com
cardona@jambg.com
finley@jambg.com
*Counsel for Defendant Town of Surfside*