UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20965

DINA GOLDSTEIN

     Plaintiff,

v.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, and,
MARK BLUMSTEIN

     Defendants.

_____/

## DEFENDANT, TOWN OF SURFSIDE'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The Defendant, TOWN OF SURFSIDE ("Town"), by and through undersigned counsel and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 7.1(a)(1)(J), requests the entry of an order extending the time for the Town to respond to the Complaint [ECF No. 1] and states:

1.     The Plaintiff filed the Complaint [ECF No. 1] on February 12, 2026, asserting numerous federal claims against the Town, MARK BLUMSTEIN ("Blumstein"), and ENRIQUE DOCE ("Doce"). Plaintiff alleges violations of 42 U.S.C. §1981, 42 U.S.C. §1983, and Title VII, claims that the Defendants infringed on her alleged property and liberty interests without due process, and further asserts claims for defamation and retaliation against certain Defendants.

2.     The Town was served on February 19, 2026, and Blumstein was served on February 25, 2026, but Doce has not yet been served.

3.     The Town intends to file a motion to dismiss challenging the legal sufficiency of the Complaint and asserting various other legal defects and defensive matters.

4.     The Town has conferred with Plaintiff's counsel, and the parties agree that the most appropriate and logical approach is for all Defendants to file their responses to the Complaint 21-days after service on Defendant Doce as contemplated by Rule 12(a)(1)(A)(i) of the Federal Rule of Civil Procedure. A proposed order granting such relief is attached as Exhibit A.

5.     Additional time is necessary to allow the undersigned counsel to confer with counsel for the co-defendants and to complete the factual and legal review necessary to prepare an appropriate response on behalf of the Town.

**<u>Certificate of Conferral with Counsel</u>**

6.     Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that he conferred with Plaintiff's counsel by telephone conference on March 13, 2026, and is authorized to represent that the Plaintiff agrees to extend the response deadline for all Defendants corresponding with Defendant Doce's response deadline.

**WHEREFORE**, Defendant, TOWN OF SURFSIDE, respectfully requests entry of an Order extending the response deadline to the deadline for Defendant Doce's response, together with such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the **13th** day of March, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jeffrey L. Hochman*
Jeffrey L. Hochman
Fla. Bar. No. 902098

*/s/ Mariela E. Tkacik*
Mariela E. Tkacik
Fla. Bar. No. 1030433

Johnson, Anselmo, Murdoch,
Burke, Piper & Hochman, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
Tel: (954) 463-0100
Fax: (954) 463-2444
hochman@jambg.com
cardona@jambg.com
finley@jambg.com
metkacik@jambg.com
cisaac@jambg.com

**SERVICE LIST**

**Brian H. Pollock, Esq.**
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: 305-230-4884
brian@fairlawattorney.com
*Counsel for Plaintiff*


**Jeffrey L. Hochman, Esq.**
**Mariela E. Tkacik, Esq.**
Johnson, Anselmo, Murdoch, Burke,
Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Ste. 1000
Ft. Lauderdale, FL 33304
Tel: 954-463-0100
hochman@jambg.com
METkacik@jambg.com
cardona@jambg.com
finley@jambg.com
cisaac@jambg.com
*Counsel for Defendant Town of Surfside*