UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20965

DINA GOLDSTEIN

    Plaintiff,
v.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, and,
MARK BLUMSTEIN

    Defendants.
_____/

**[PROPOSED] ORDER ON DEFENDANT, TOWN OF SURFSIDE'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This Cause having come before the Court on the Defendant, TOWN OF SURFSIDE'S unopposed motion for extension of time to respond to Complaint, and the Court having reviewed the motion and being otherwise fully advised in the premises: it is ORDERED AND ADJUDGED that said motion is GRANTED. The Defendant, TOWN OF SURFSIDE's time to respond to the Complaint shall be extended to the time that Co-Defendant Doce is required to respond to Plaintiff's Complaint.

**DONE AND ORDERED** in the Southern District of Florida this ___ of _____, 2026.

                                                          _____

                                                          **DARRIN P. GAYLES**
                                                          **UNITED STATES DISTRICT JUDGE**

cc: counsel of record