## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:26-CV-20965-DPG

Plaintiff:
**DINA GOLDSTEIN**

vs.

Defendant:
**TOWN OF SURFSIDE, FLORIDA, ENRIQUE DOCE, AND MARK BLUMSTEIN**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 16th day of March, 2026 at 5:17 pm to be served on **Enrique Doce, ADDRESS REDACTED PER Stat. 119 Exemtion**.

I, Joseph Onega, do hereby affirm that on the **23rd day of March, 2026** at **2:45 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the  **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Enrique Doce** at the address of: **ADDRESS REDACTED PER Stat. 119 Exemtion**, and informed said person of the contents therein, in compliance with Florida statute  §48.031(1)(a).

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Hispanic, Height: 5'10", Weight: 180, Hair: Black, Glasses: Y

I declare under penalty of perjury that this information is true.

**Joseph Onega**
CPS 1861, SPS 1253

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2026000342

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e