**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-20965-DPG**

DINA GOLDSTEIN,

     Plaintiff,

v.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, AND MARK
BLUMSTEIN,

     Defendants.

_____/

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Alandra A. Tejedor, Esquire of the law firm of Wydler Law,

1550 Madruga Avenue, Suite 400, Coral Gables, Florida 33146, files this Notice of Appearance

as counsel for Defendant, MARK BLUMSTEIN, and requests that copies of all future

correspondence, pleadings, discovery, etc., filed or served in this case be directed to her.

I HEREBY CERTIFY that on this 31st March, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

WYDLER LAW
*Attorneys for Defendant, Blumstein*
1550 Madruga Avenue
Suite 400
Coral Gables, FL 33146
(305) 446-5528
(786) 422-1373 (fax)

BY  /s/ Alandra A. Tejedor_____

LOURDES ESPINO WYDLER
Florida Bar No. 719811
lew@wydlerlaw.com
ALANDRA A. TEJEDOR
Florida Bar No. 1031889
aat@wydlerlaw.com
Secondary email:
guertty@wydlerlaw.com

### SERVICE LIST

Brian H. Pollock, Esquire
Florida Bar No. 174742
Fairlaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
(305) 230-4884
(305) 230-4844 (fax)
brian@fairlawattorney.com
***Counsel for Plaintiff***

Jeffrey Hochman, Esquire
Florida Bar No. 902098
Mariela Estrella Tkacik, Esquire
Florida Bar No. 1030433
Johnson Anselmo Murdoch Burke Piper & Hochman, PA
International Building
2455 E. Sunrise Boulevard
Suite 1000
P.O. Box 030220
Fort Lauderdale, FL 33304-0220
(954) 463-0100
(954) 463-2444 (fax)
hochman@jambg.com
metkacik@jambg.com
***Counsel for Defendant, Town of Surfside, Florida***