UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20965

DINA GOLDSTEIN

      Plaintiff,

v.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, and,
MARK BLUMSTEIN

      Defendants.

_____/

## DEFENDANT, TOWN OF SURFSIDE'S, UNOPPOSED MOTION TO ENLARGE THE PAGE LIMIT FOR DEFENDANTS' JOINT RESPONSE TO THE PLAINTIFF'S COMPLAINT

The Defendant, TOWN OF SURFSIDE ("Town"), by and through undersigned counsel and pursuant to Local Rule 7.1(C)(2), requests the entry of an order enlarging the page limit for the Defendants joint response to the Complaint [ECF No. 1] and states:

1.      On February 12, 2026, the Plaintiff filed the Complaint [ECF No. 1], asserting numerous federal claims against the Town, MARK BLUMSTEIN ("Blumstein"), and ENRIQUE DOCE ("Doce"). Plaintiff alleges violations of 42 U.S.C. §1981, 42 U.S.C. §1983, and Title VII, claims that the Defendants infringed on her alleged property and liberty interests without due process, and further asserts claims for defamation and retaliation against certain Defendants.

2.      The Town has conferred with Plaintiff's counsel, and the parties agree that the Defendants should all be allowed the opportunity to appropriately address the allegations contained in the Plaintiff's Complaint. A proposed order granting such relief is attached as Exhibit A.

3.      The standard page limit of twenty (20) pages is insufficient to permit Defendants

to fully and adequately address the numerous claims and allegations set forth in the Complaint. Accordingly, the Town respectfully requests an enlarged joint page limit of forty (40) pages, allocated as follows: twenty (20) pages for the Town, ten (10) pages for Defendant Blumstein, and ten (10) pages for Defendant Doce.

### Certificate of Conferral with Counsel

4.      Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that she conferred with Plaintiff's counsel via e-mail correspondence on April 8, 2026, and is authorized to represent that the Plaintiff agrees to enlarge the page limit for Defendants joint motion.

**WHEREFORE**, Defendant, TOWN OF SURFSIDE, respectfully requests entry of an Order enlarging the page limitation for the parties response to the Plaintiff's Complaint to forty (40) pages, together with such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the **9th** day of April, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jeffrey L. Hochman*
Jeffrey L. Hochman
Fla. Bar. No. 902098

*/s/ Mariela E. Tkacik*
Mariela E. Tkacik
Fla. Bar. No. 1030433

Johnson, Anselmo, Murdoch,
Burke, Piper & Hochman, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
Tel: (954) 463-0100
Fax: (954) 463-2444
hochman@jambg.com
cardona@jambg.com
finley@jambg.com
metkacik@jambg.com
cisaac@jambg.com

## SERVICE LIST

**Brian H. Pollock, Esq.**
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: 305-230-4884
brian@fairlawattorney.com
*Counsel for Plaintiff*

**Douglas T. Noah, Esq.**
**Patricia M. Rego Chapman, Esq.**
Dean Ringers et al
Capital Plaza I
201 East Pine Street, Suite 1200
Orlando, FL 32801
Tel: (407) 422-4310
dnoah@drml-law.com
PChapman@drml-law.com
*Counsel for Co-Defendant Enrique Doce*

**Lourdes Espino Wydler, Esq.**
**Alandra A. Tejedor, Esq.**
Wydler Law
1550 Madruga Ave., Suite 400
Coral Gables, FL 33146
Office: 305-446-5528
lew@wydlerlaw.com
aat@wydlerlaw.com
guertty@wydlerlaw.com

**Jeffrey L. Hochman, Esq.**
**Mariela E. Tkacik, Esq.**
Johnson, Anselmo, Murdoch, Burke,
Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Ste. 1000
Ft. Lauderdale, FL 33304
Tel: 954-463-0100
hochman@jambg.com
METkacik@jambg.com
cardona@jambg.com
finley@jambg.com
cisaac@jambg.com
*Counsel for Defendant Town of Surfside*

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20965

DINA GOLDSTEIN

      Plaintiff,

v.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, and,
MARK BLUMSTEIN

      Defendants.

_____/

## [PROPOSED] ORDER ON DEFENDANT, TOWN OF SURFSIDE'S, UNOPPOSED MOTION TO ENLARGE THE PAGE LIMIT FOR DEFENDANTS' JOINT RESPONSE TO THE PLAINTIFF'S COMPLAINT

This Cause having come before the Court on the Defendant, TOWN OF SURFSIDE'S unopposed motion to enlarge the page limit for Defendants' Joint Response to the Plaintiff's Complaint, and the Court having reviewed the motion and being otherwise fully advised in the premises: it is ORDERED AND ADJUDGED that said motion is GRANTED. The Defendants shall have an enlarged joint page limit of forty (40) pages to respond to the Plaintiff's Complaint.

**DONE AND ORDERED** in the Southern District of Florida this ___ of _____, 2026.

_____

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record