UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20965

DINA GOLDSTEIN

     Plaintiff,

v.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, and,
MARK BLUMSTEIN

     Defendants.

_____/

## [PROPOSED] ORDER ON DEFENDANT, TOWN OF SURFSIDE'S, UNOPPOSED MOTION TO ENLARGE THE PAGE LIMIT FOR DEFENDANTS' JOINT RESPONSE TO THE PLAINTIFF'S COMPLAINT

This Cause having come before the Court on the Defendant, TOWN OF SURFSIDE'S unopposed motion to enlarge the page limit for Defendants' Joint Response to the Plaintiff's Complaint, and the Court having reviewed the motion and being otherwise fully advised in the premises: it is ORDERED AND ADJUDGED that said motion is GRANTED. The Defendants shall have an enlarged joint page limit of forty (40) pages to respond to the Plaintiff's Complaint.

**DONE AND ORDERED** in the Southern District of Florida this ___ of _____, 2026.

_____

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record