U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


DINA GOLDSTEIN,                                    CASE NO.:  1:26-cv-20965-DPG

        Plaintiff,

vs.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, and
MARK BLUMSTEIN,

        Defendants.

_____/

### NOTICE OF APPEARANCE

Patricia Rego Chapman, Esquire, of the law firm Dean, Ringers, Morgan & Lawton, P.A., P.O. Box 2928, Orlando, FL 32802-2928, hereby files this Notice of Appearance on behalf of Defendant, ENRIQUE DOCE, , without waiving and specifically reserving any rights it may have to object to the sufficiency of process, service of process, proper venue or the jurisdiction of this court, and requests that all pleadings, notices, and other papers filed in this proceeding be served upon the undersigned attorneys.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Brian H. Pollock, Esq., Fairlaw Firm, 135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146, brian@fairlawattorney.com; Jeffrey L. Hochman, Esq. and Mariela E.

Tkacik, Esq., Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., 2455 East Sunrise Boulevard, Suite 1000, Ft. Lauderdale, FL 33304, hochman@jambg.com and METkacik@jambg.com.

/s/ Patricia Rego Chapman

PATRICIA REGO CHAPMAN, ESQ.
Florida Bar No. 0085309
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel: 407-422-4310  Fax: 407-648-0233
PChapman@DRML-Law.com
Attorneys for Defendant, ENRIQUE DOCE

2