**Exhibit "A"**

EEOC No. 510-2025-01470 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 510-2025-01470 |
| Florida Commission On Human Relations | |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Mrs. Dina L. Goldstein

Phone No.:        (305) 582-7432
Year of Birth:     1973
Mailing Address: 8911 Dickens Avenue
Surfside, FL 33154

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: TOWN OF SURFSIDE
No. Employees, Members: 15 - 100 Employees
Phone No.: (305) 861-4863
Mailing Address: 9293 HARDING AVE
Surfside, FL 33154, UNITED STATES OF AMERICA
Name:
No. Employees, Members:
Phone No.:
Mailing Address:

DISCRIMINATION BASED ON:

Race, Retaliation, Sex

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 05/01/2024
Latest: 08/06/2024

THE PARTICULARS ARE:

I am a White female, 51 years of age. I was hired by Respondent March 31, 2008, as the Senior Executive Assistant to the Chief of Police. In April 2024, Respondent hired a new Deputy Chief, Holbrook (White, male). Deputy Chief, Holbrook and I, built a repour and worked well together. One day during our conversation the Chief of Police, Doce made the comment, "Oh, she doesn't like me because I am Hispanic". From that day on Doce began constantly harassing me creating a hostile work environment. Whenever we interacted at work he would yell at me for no reason, embarrassing me in front of colleagues. Further when we had to work together, he would hold conversations with other personnel in Spanish, knowing I did not speak the language, excluding me from conversations. In May 2024, I made a complaint to Human Resources, Yamileth Slate-McCloud who informed me there was nothing they could do unless I filed a formal complaint against Doce. Then I took my complaint to the Acting Town Manager, Marisol Vargas, who spoke with Doce about the matter, but the harassment continued. Then Doce was placed in the position of acting town manager and continued subjecting me to harassment. On August 6, 2024, I was called into the new Chief of Police, Wayne Holbrook's office, with Doce now in the position of Acting Town Manager. Dolce delivered the information, that I was being suspended pending investigation. Only informing me I would be contacted by the state attorney's office. In late September, I was contacted and informed I was under investigation for potential fraudulent parking and fraudulent comp time payouts to police officers. On November 7, 2024, I was terminated on the unfound charges of fraudulent comp time payouts, leaking sensitive information and incompetence.

EEOC No. 510-2025-01470 | FEPA No.

On August 6, 2024, I was discriminated and retaliated against by the former Chief of Police, Doce, due to my Race White and gender. Further, Doce was in the position of the Acting Town Manager, overstepping his authority to discipline me.

I believe I was discriminated and retaliated against due to my Race White and gender, after I engaged in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended and all applicable state statutes.

EEOC No. 510-2025-01470 | FEPA No.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Mrs. Dina L. Goldstein

08/29/2025

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary_____

Printed Name  _____

## CP ENCLOSURE WITH EEOC FORM 5 (06/24)

### PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (06/24).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.