UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20965

DINA GOLDSTEIN

      Plaintiff,

v.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, and,
MARK BLUMSTEIN

      Defendants.

_____/

## **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

Defendant, Town of Surfside, identifies the following persons and entities with an interest in the outcome of this action, as follows:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

     a)     Dina Goldstein – Plaintiff;

     b)     Brian H. Pollock, Esq. – counsel for Plaintiff;

     c)     Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm – counsel for Plaintiff;

     d)     Town of Surfside, Florida – Defendant;

     e)     Jeffrey L. Hochman, Esq., Esq. – counsel for Defendant, Town of Surfside;

     f)     Mariela E. Tkacik, Esq. – Counsel for Defendant, Town of Surfside;

     g)     Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A. – counsel for Defendant, Town of Surfside;

h)    Enrique Doce – Defendant;

i)    Douglas T. Noah, Esq. – counsel for Defendant, Enrique Doce;

j)    Patricia M. Rego Chapman, Esq. – counsel for Defendant, Enrique Doce;

k)    Dean, Ringers, Morgan & Lawton, P.A. – counsel for Defendant, Enrique Doce

l)    Mark Blumstein – Defendant;

m)    Lourdes Espino Wydler, Esq. – counsel for Defendant, Marc Blumstein;

n)    Alandra A. Tejedor, Esq. – counsel for Defendant, Marc Blumstein; and

o)    Wydler Law – counsel for Defendant, Marc Blumstein.

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known to Defendant.

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known to Defendant.

4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

5.    I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the 15th day of April, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jeffrey L. Hochman*
Jeffrey L. Hochman
Fla. Bar. No. 902098

*/s/ Mariela E. Tkacik*
Mariela E. Tkacik
Fla. Bar. No. 1030433

Johnson, Anselmo, Murdoch,
Burke, Piper & Hochman, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
Tel: (954) 463-0100
Fax: (954) 463-2444
hochman@jambg.com
cardona@jambg.com
finley@jambg.com
metkacik@jambg.com
cisaac@jambg.com

3

## SERVICE LIST

**Brian H. Pollock, Esq.**
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: 305-230-4884
brian@fairlawattorney.com
*Counsel for Plaintiff*

**Douglas T. Noah, Esq.**
**Patricia M. Rego Chapman, Esq.**
Dean Ringers et al
Capital Plaza I
201 East Pine Street, Suite 1200
Orlando, FL 32801
Tel: (407) 422-4310
dnoah@drml-law.com
PChapman@drml-law.com
*Counsel for Co-Defendant Enrique Doce*

**Lourdes Espino Wydler, Esq.**
**Alandra A. Tejedor, Esq.**
Wydler Law
1550 Madruga Ave., Suite 400
Coral Gables, FL 33146
Office: 305-446-5528
lew@wydlerlaw.com
aat@wydlerlaw.com

**Jeffrey L. Hochman, Esq.**
**Mariela E. Tkacik, Esq.**
Johnson, Anselmo, Murdoch, Burke,
Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Ste. 1000
Ft. Lauderdale, FL 33304
Tel: 954-463-0100
hochman@jambg.com
METkacik@jambg.com
cardona@jambg.com
finley@jambg.com
cisaac@jambg.com
*Counsel for Defendant Town of Surfside*