**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-CV-20965**

**DINA GOLDSTEIN**

  **Plaintiff,**

**v.**

**TOWN OF SURFSIDE, FLORIDA,**
**ENRIQUE DOCE, and,**
**MARK BLUMSTEIN**

  **Defendants.**

_____/

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, ENRIQUE DOCE, by and through undersigned counsel, hereby identifies the following persons and entities with an interest in the outcome of this action:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership, however small, of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

  Dina Goldstein, Plaintiff
  Brian H. Pollock, Esquire, Counsel for Plaintiff
  Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm, Counsel for Plaintiff
  Town of Surfside, Florida, Defendant
  Jeffrey L. Hochman, Esquire, Counsel for Defendant Town
  Mariela E. Tkacik, Esquire, Counsel for Defendant Town
  Johnson, Anselmo, Murdoch, Burke, Pipe & Hochman, P.A.,
   Counsel for Defendant Town
  Enrique Doce, Defendant
  Douglas T. Noah, Esquire, Counsel for Defendant Doce
  Patricia M. Rego Chapman, Esquire, Counsel for Defendant Doce
  Dean, Ringers, Morgan & Lawton, P.A., Counsel for Defendant Doce

Mark Blumstein, Defendant
Lourdes Espino Wydler, Esquire, Counsel for Defendant Blumstein
Alandra A. Tejedor, Esquire, Counsel for Defendant Blumstein
Wydler Law, Counsel for Defendant Blumstein
Florida League of Cities

2)      The name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:  None known.

3)      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:  None known.

4)      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

Dina Goldstein, Plaintiff


I hereby certify that I am unaware of any actual or potential conflict of interest affecting the District Judge or the Magistrate Judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 15, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Patricia M. Rego Chapman*
PATRICIA M. REGO CHAPMAN, ESQ.
Florida Bar No. 0085309
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel: 407-422-4310  Fax: 407-648-0233
PChapman@DRML-Law.com
Attorneys for Defendant, ENRIQUE DOCE