**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-20965-DPG**

DINA GOLDSTEIN,

     Plaintiff,

v.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, AND MARK
BLUMSTEIN,

     Defendants.

_____/

## DEFENDANT, BLUMSTEIN'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant, MARK BLUMSTEIN, by and through his undersigned counsel and pursuant to the Federal Rules of Civil Procedure 7.1 and the Court's Order Requiring Scheduling Report and Certificate of Interested Parties [D.E. 25], provide notice that the following individuals and entities have a financial interest in the outcome of this case:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

    a.  Blumstein, Mark – Defendant

    b.  Dean, Ringers, Morgan and Lawton, P.A. – Counsel for Defendant, Enrique Doce

    c.  Doce, Enrique – Defendant

    d.  Espino Wydler, Lourdes – Counsel for Defendant, Mark Blumstein

    e.   Fairlaw Firm – Counsel for Plaintiff, Dina Goldstein

    f.   Florida Municipal Insurance Trust – Interested Party – Self Insurance Fund for the Town of Surfside

    g.   Goldstein, Dina - Plaintiff

    h.   Hochman, Jeffrey L. – Counsel for Defendant, Town of Surfside

    i.   Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, PA – Counsel for Defendant, Town of Surfside

    j.   Noah, Douglas T. – Counsel for Defendant, Enrique Doce

    k.   Pollock, Brian H. – Counsel for Plaintiff, Dina Goldstein

    l.   Rego Chapman, Patricia M. – Counsel for Defendant, Enrique Doce

    m.   Town of Surfside - Defendant

    n.   Wydler Law – Counsel for Defendant, Mark Blumstein

    o.   Any persons or entities listed in Plaintiff or Co-Defendant, Town of Surfside's Certificate of Interested Parties.

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by outcome of proceedings:

    None.

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

    None.

4.    The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    None.

5.    Check one of the following:

*Goldstein v. Town of Surfside, Florida, et al.*
*District Court Case No. 1:26-cv-20696-DPG*
*Page 3 of 4*

a. __X__        I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

b. _____        I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain).

I HEREBY CERTIFY that on this 16th day of April, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

WYDLER LAW
*Attorneys for Defendant, Blumstein*
1550 Madruga Avenue
Suite 400
Coral Gables, FL 33146
(305) 446-5528
(786) 422-1373 (fax)

BY  /s/ Lourdes Espino Wydler
        LOURDES ESPINO WYDLER
        Florida Bar No. 719811
        lew@wydlerlaw.com
        ALANDRA A. TEJEDOR
        Florida Bar No. 1031889
        aat@wydlerlaw.com
        Secondary email:
        guertty@wydlerlaw.com

## SERVICE LIST

Brian H. Pollock, Esquire
Florida Bar No. 174742
Fairlaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
(305) 230-4884

(305) 230-4844 (fax)
brian@fairlawattorney.com
**Counsel for Plaintiff**

Jeffrey L. Hochman, Esquire
Florida Bar No. 902098
hochman@jambg.com
Mariela Estrella Tkacik, Esquire
Florida Bar No. 1030433
metkacik@jambg.com
Johnson Anselmo Murdoch Burke Piper & Hochman, PA
International Building
2455 E. Sunrise Boulevard
Suite 1000
P.O. Box 030220
Fort Lauderdale, FL 33304-0220
(954) 463-0100
(954) 463-2444 (fax)
metkacik@jambg.com
cardona@jambg.com
finley@jambg.com
cisaac@jambg.com
**Counsel for Defendant, Town of Surfside, Florida**

Douglas T. Noah, Esq.
Florida Bar No. 863970
Patricia M. Rego Chapman, Esq.
Florida Bar No. 85309
Dean, Ringers, Morgan and Lawton, P.A.
Capital Plaza I
201 East Pine Street, Suite 1200
Orlando, FL 32801
Main: (407) 422-4310
(407) 648-0233
dnoah@drml-law.com
PChapman@drml-law.com
**Counsel for Defendant, Doce**