UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20965-GAYLES/SHAW-WILDER

DINA GOLDSTEIN,

      Plaintiff,

vs.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, AND
MARK BLUMSTEIN,

      Defendants.

_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, Dina Goldstein, through her undersigned counsel and pursuant to Fed. R. Civ. P. 6(b)(1), Local Rule 7.1, and other applicable Rules and laws, respectfully requests that the Court grant her an extension of time to respond to Defendants' Joint Motion to Dismiss [ECF No. 23] based upon the lack of opposition and the following good cause:

1.      Plaintiff filed her Complaint against the Defendants on February 12, 2026, wherein she alleged various claims related to her employment with the Town of Surfside, Florida, the events leading up to the termination of her employment, and the events that have since occurred. [ECF No. 1.]

2.      The Court entered an Order extending the time for Defendants to respond to the Complaint by directing that the date for each Defendant's response shall be calculated from the date on which the last Defendant is served. [ECF No. 15].

3.       Plaintiff served Defendants with the Summons and Complaint on the following dates: the Town of Surfside on February 19, 2026, Defendant Blumstein on February 25, 2026, and Defendant Doce on March 23, 2026. [ECF Nos. 9, 10, 16.]

4.       The Court then granted the Defendants' unopposed request to file a 40-page Motion to Dismiss, twice the page limit imposed by Local Rule 7.1(C)(2). [ECF Nos. 19, 24].

5.       Due to the press of business and commitments in other matters, the undersigned will be unable to analyze the arguments raised in Defendants' Motion to Dismiss and file either a Response in Opposition or an Amended Complaint.

6.       The undersigned contacted defense counsel, who had responded that they did not oppose providing a two-week extension of time for Plaintiff to either file a Response or an Amended Complaint.

7.       Pursuant to Fed. R. Civ. P. 6(b)(1) "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

8.       It follows that this Court has the power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *also see Clinton v. Jones*, 520 U.S. 681, 706-707 (1997).

9.       Accordingly, Plaintiff respectfully requests the Court to grant her an extension of time through May 11, 2026.

WHEREFORE Plaintiff, Dina Goldstein, respectfully requests that the Court grant until May 11, 2026, to either file a Response in Opposition or her Amended Complaint requested above.

## <u>LOCAL RULE 7.1 CERTIFICATION</u>

Counsel for the movant conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and represents that defense counsel agreed to the relief requested above.

Respectfully submitted this 27th day of April 2026,

<u>Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:     305.230.4884
*Counsel for Plaintiff*