**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-CV-20965-GAYLES**

**DINA GOLDSTEIN**

       **Plaintiff,**

**v.**

**TOWN OF SURFSIDE, FLORIDA,**
**ENRIQUE DOCE, and,**
**MARK BLUMSTEIN**

       **Defendants.**

_____/

**PROPOSED SCHEDULING ORDER SETTING**
**CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on

**[07/26/2027].** The **Calendar Call** will be held at **9:30 a.m. on Wednesday, [07/21/2027].** A

**Status Conference** will be held at **10:00 a.m. on Wednesday, [05/05/2027].** The parties shall

adhere to the  following schedule:

1.      Joinder of any additional parties and filing of motions to amend the
complaint by                                       **[09/30/2026]**

2.      Written lists containing the names and addresses of all fact witnesses
intended to be called at trial by                     **[06/26/2026]**

3.   Parties shall disclose experts, expert witness summaries, and reports as
Required by Fed.R.Civ.P. 26(a)(2) by            **[01/09/2027]**

4.   Exchange of rebuttal expert witness summaries and reports as required
By Fed.R.Civ.P. 26(a)(2) by                   **[01/23/2027]**

5.   Parties shall select a mediator pursuant to Local rule 16.2 and shall
Schedule a time, date, and place for mediation by    **[09/12/2026]**

6.   Fact discovery shall be completed by            **[12/18/2027]**

7.   Expert discovery shall be completed by          **[02/26/2027]**

8.  Dispositive motions, including those regarding summary judgment and
    *Daubert,* shall be filed by                                          **[03/26/2027]**

9.  Mediation shall be completed by                                        **[03/12/2027]**

10. All pretrial motions and memoranda of law, including motions in
    Limine, shall be filed by                                             **[04/12/2027]**

11. Joint pretrial stipulation, proposed joint jury instructions, proposed
    joint verdict form, and/or proposed findings of fact and conclusions of
    law shall be filed by                                                 **[05/12/2027]**

| **By:** | **Attorney(s) for Plaintiff** | **Attorney(s) for Defendant(s)** |
|---|---|---|

**Brian H. Pollock, Esq.**
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: 305-230-4884
brian@fairlawattorney.com

**Douglas T. Noah, Esq.**
**Patricia M. Rego Chapman, Esq.**
Dean, Ringers, Morgan & Lawton, P.A.
201 East Pine Street, Suite 1200
Orlando, FL 32801
Tel: 407-422-4310
DNoah@drml-law.com
PChapman@drml-law.com
*Counsel for Defendant Enrique Doce*

**Lourdes Espino Wydler, Esq.**
Wydler Law
1550 Madruga Ave., Suite 400
Coral Gables, FL 33146
Tel: 305-446-5528
lew@wydlerlaw.com
*Counsel for Defendant Mark Blumstein*

**Jeffrey L. Hochman, Esq.**
**Mariela E. Tkacik, Esq.**
Johnson, Anselmo, Murdoch, Burke,
Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Ste. 1000
Fort Lauderdale, FL 33304
Tel: 954-463-0100
hochman@jambg.com
METkacik@jambg.com
cardona@jambg.com
finley@jambg.com
cisaac@jambg.com
*Counsel for Defendant Town of Surfside*