UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20965-DPG/DSW

DINA GOLDSTEIN,

      Plaintiff,

v.

TOWN OF SURFSIDE, et al.,

      Defendants.

_____ /

## ORDER SETTING DISCOVERY STATUS CONFERENCE

This matter is before the Court *sua sponte*. Upon a review of the record, it is **ORDERED AND ADJUDGED** as follows:

1. A discovery status conference is scheduled for **Wednesday, September 16, 2026, at 4:00 p.m.**

2. The status conference will be conducted via Zoom as follows:

https://www.zoomgov.com/j/1610209698?pwd=psG2bqpLjScaRbH82EZDBLMuA0JQ2X.1

(Meeting ID: 161 020 9698; Passcode: 767463)

Each participant must log in 10 minutes early to make sure there are no technical issues.

3. The Parties shall be prepared to discuss the status of discovery, any potential discovery disputes, and any anticipated need for hearing time from the Court to facilitate completion of discovery.

4. The parties are reminded that they must timely raise discovery disputes within the timeframes set forth in Local Rule 26.1(g)(2), which this Court will strictly enforce.

1

5.  The parties are further reminded that Local Rule 26.1(d) requires that all discovery, including resolution of discovery disputes, must be fully completed prior to the expiration of the discovery cutoff date set forth in the Scheduling Order.  Any request to extend the discovery cutoff date must be made to the district judge.

6.  Any motion to continue the status conference must include three (3) mutually agreed-upon alternative dates and times and a proposed order, which the parties shall submit in Word format to Shaw-Wilder@flsd.uscourts.gov.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 4th day of May 2026.

**DETRA SHAW-WILDER**
**UNITED STATES MAGISTRATE JUDGE**

cc: All Counsel of Record