**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-20965-DPG**

DINA GOLDSTEIN,

      Plaintiff,

v.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, AND MARK
BLUMSTEIN,

      Defendants.

_____/

**ORDER ON DEFENDANTS, BLUMSTEIN AND DOCE'S JOINT MOTION TO STAY DISCOVERY PENDING DISPOSITION OF JOINT MOTION TO DISMISS BASED ON ABSOLUTE AND QUALIFIED IMMUNITY**

THIS CAUSE came before the Court on Defendants, MARK BLUMSTEIN and ENRIQUE DOCE'S Joint Motion to Stay Discovery Pending Disposition of Joint Motion to Dismiss Based on Absolute and Qualified Immunity, and the Court being otherwise fully advised, it is

ORDERED AND ADJUDGED that Defendants' Joint Motion to Stay Discovery Pending Disposition of Joint Motion to Dismiss Based on Absolute and Qualified Immunity is _____.

 

                                              _____
                                              U.S. DISTRICT COURT JUDGE

Copies to:
All Counsel of Record