

# EMPLOYEE PERFORMANCE EVALUATION

| Last Name | First Name | |
|---|---|---|
| Goldstein | Dina | |
| **Department** | **Job Classification** | |
| Police | Executive Assistant to the Chief of Police | |
| **Evaluation Period** 10/01/2021 to 09/30/2022 | **Evaluation Date** 08/29/2022 | **Type of Review** X Annual Performance Review ☐ Three Month Follow-up Review ☐ Other: ____ |

## INSTRUCTIONS for SUPERVISORS

Using the scale below, evaluate the performance of the employee for each category listed in the following pages. Then provide an overall evaluation for all categories. The overall evaluation may not be merely an average of the evaluation of each standard, as some of the standards may be more important than others for this person's position. Sign and date the evaluation, obtain any other necessary signatures, discuss the evaluation with the employee, and provide a copy to the employee.

Note: The descriptions for "Above Satisfactory", "Satisfactory", "Conditional" and "Unsatisfactory" under each of the performance categories are provided as guidelines in assisting the supervisor in determining what ordinarily characterizes the respective performance rating; however, an entire description, may not fully apply to an employee, therefore, the supervisor may include comments to support a rating and may cross-out any terminology not considered to be applicable or appropriate.

## PERFORMANCE LEVEL

ABOVE SATISFACTORY: Performance consistently exceeds the standards of performance.

SATISFACTORY: Performance meets the needs of the job.

CONDITIONAL: Performance is sometimes below satisfactory level for the job. Improvement is expected. Immediate supervisor must indicate a plan for improvement in the Employee Comment section.

UNSATISFACTORY: Performance is consistently below satisfactory level of this job. Performance continued at this level could be grounds for dismissal. Improvement is expected. Immediate supervisor must indicate a plan for improvement in the Employee Comment section.

NOT APPLICABLE: When a category is not applicable due to the employee's assignment or job description, indicate "N/A" in the Supervisor's Comment Section.

October 2011

1. **SKILL LEVEL/JOB KNOWLEDGE**
   Familiarity with position requirements. This includes knowledge and skills required for job performance.

   X **Above Satisfactory (4):** Has a grasp for most or all the skills or knowledge needed for job standard. Continuously seeks to improve job performance.

   ☐ **Satisfactory (3):** Has general knowledge of most phases of job. Has ability to recognize weakness and seeks assistance or help when needed.

   ☐ **Conditional (2):** Work sometimes shows inconsistent application of skill procedures. Sometimes inattentive to details. Work procedure must be retraced and redone to correct details. This rating indicates that a part of the work performance is below the standards required for the position, and the employee is expected to bring performance up to a satisfactory standard.

   ☐ **Unsatisfactory (1):** Does not demonstrate skill in a consistent manner, often shows errors regarding proper procedures and techniques. Work must be duplicated to correct problems and attention to details is lacking. A significant part of the work performance is below the standards required for the position and the employee is expected to bring performance up to satisfactory standards.

Additional Comments by Supervisor:
*Mrs. Goldstein is extremely knowledge over a wide range of job responsibilities. She is well informed of critical issues affecting the organization. Due to her tenure with the Department and the fact she is a longtime resident, Mrs. Goldstein has an institutional knowledge which is invaluable.*

2. **QUALITY OF WORK**
   The correctness, completeness, and accuracy of work. This also includes attention to details and checking work for adherence to standards.

   X **Above Satisfactory (4):** Very thorough, organized and accurate. Utilizes all information and resources to accomplish goals. New tasks are done accurately with a high quality level.

   ☐ **Satisfactory (3):** Work is thorough, organized and requires few revisions. Employee may have difficulties with some new tasks. Has an understanding of what job entails. Employee's work is reliable and consistent.

   ☐ **Conditional (2):** Work routinely needs revision. Organization and neatness are below expectation. Not enough attention is given to details. This rating indicates that a part of the quality of the work product is below standards of performance required for the position and the employee is expected to bring the quality of work up to a satisfactory standard.

   ☐ **Unsatisfactory (1):** Inaccurate and incomplete work results, nearly always requires reworking and revisions. Work demonstrates lack of organization and neatness. A significant part of the work performance is below the standards required for the position and the employee is expected to bring performance up to satisfactory standards.

Additional Comments by Supervisor:
*Mrs. Goldstein demonstrates an unwavering commitment to quality. She performs with unusual accuracy, thoroughness and effectiveness. I have quickly come to trust her work product will be excellent. Mrs. Goldstein was awarded the Civilian of the Year Honor during the rating period.*

October 2011

3. QUANTITY OF WORK

The amount of work produced and completed successfully. This also includes flexibility in accommodating work interruptions and changes in priorities.

X **Above Satisfactory (4):** Very industrious and provides more than required. Work is turned out early or on time.

☐ **Satisfactory (3):** Volume of work is satisfactory and meets project and goal deadlines. Chooses priorities in an acceptable manner.

☐ **Conditional (2):** Does just enough to get by. Keeps busy but often selects the wrong priority. Does not consistently complete an adequate amount of work to meet project and goal deadlines. This rating indicates that a part of the work quantity is below the standard of performance required for the position, and it is reasonable to expect that the employee will bring performance in this area up to a satisfactory level.

☐ **Unsatisfactory (1):** Incomplete, inaccurate work products. Usually does not complete an adequate amount of work and misses goals and deadlines. A significant part of the work is below the standards for this position and the employee is expected to bring performance up to satisfactory standards.

Additional Comments by Supervisor:

*Mrs. Goldstein makes a substantial contribution to the continued operation and growth of the organization. She performs at a level that regularly exceeds job requirements. Mrs. Goldstein's title does not accurately capture all her job duties. In addition to handling all the administrative duties of the Office of the Chief of Police, she also is responsible for the Police Department Budget, Training Records, Community Events, Citizen Police Academy and Payroll. Her contribution cannot be over stated.*

4. JOB COURTESY AND BEHAVIOR

The employee's personal courtesy, disposition and general outlook towards job requirements, job assignments, other employees, supervisors and the public.

X **Above Satisfactory (4):** Has positive attitude toward job, co-workers and supervisors. Shows a high degree of energy and involvement. Is friendly and courteous to the public.

☐ **Satisfactory (3):** Cooperates with co-workers to accomplish job duties. Is usually courteous and friendly.

☐ **Conditional (2):** Does not show a consistent positive approach to work and job duties. Inconsistent relationship with other employees and/or supervisors with often negative behavior. This rating indicates that a part of the work performance is below the standard required for the position and it is reasonable to expect that the employee will bring performance in this area up to a satisfactory standard.

☐ **Unsatisfactory (1):** Has a negative approach to work and duties. Does not cooperate with co-workers and/or supervisors to perform assigned tasks. Frequently tactless, complains when given a suggestion. A significant part of work performance is below the standards required for the position and the employee is expected to bring performance up to satisfactory standards.

Additional Comments by Supervisor:

*Mrs. Goldstein displays a high degree of talent, enthusiasm and commitment. She makes favorable impressions and easily gains acceptance by others. Mrs. Goldstein works effectively with multiple supervisors.*

October 2011

Page 105

## 5. ATTENDANCE/PUNCTUALITY

Whether employee is faithfully present and on time at the work site.  Also returns from meal breaks at the proper time and generally conforms to assigned work hours.

**X** ☐ ***Above Satisfactory (4):***   Less than three (3) sick time occurrences and is almost never late.

☐ ***Satisfactory (3):***  Three (3) to five (5) sick time occurrences and Is usually on time and tries to improve.

☐ ***Conditional (2):*** Six (6) to nine (9) sick time occurrences and/or employee is often late. There is a pattern of sick time used in conjunction with days off.

☐ ***Unsatisfactory (1):***   Ten (10) or more sick time occurrences and/or is frequently late. There is a pattern of sick time used in conjunction with days off.

Additional Comments by Supervisor:

*Mrs. Goldstein reports to work early and often stays late of her own accord. She does not hesitate to volunteer to work additional hours for the benefit of the Town. Mrs. Goldstein worked on the July 4th holiday event to assist the Town's Park and Recreation Department. Her use of sick time does not display any pattern of abuse.*

## 6. DEPENDABILITY

The ability to do required jobs well with minimal supervision.

**X** ☐ ***Above Satisfactory (4):*** Requires little or no supervision and is reliable.

☐ ***Satisfactory (3):*** Usually takes care of necessary tasks and completes with reasonable promptness.

☐ ***Conditional (2):***   Does not show a consistent record of doing jobs without an above average amount of supervision.  This rating indicates that a part of the work performance is below the standard required for the position and it is reasonable to expect that the employee will bring performance in this area up to a satisfactory standard.

☐ ***Unsatisfactory (1):*** Requires close supervision and is unreliable.  A significant part of the work performance is below the standards required for the position and the employee is expected to bring performance up to satisfactory standards.

Additional Comments by Supervisor:

*Mrs. Goldstein displays industriousness, conscientiousness and dependability in performing her tasks. She is exceptionally reliable and trustworthy when given a project. She is a tremendously valuable member of my team.*

October 2011

**Page 106**

## 7. APPEARANCE

The personal impression an individual makes on others. Includes cleanliness, neatness and the wearing of the complete uniform, if supplied, including the Town issued identification badge.

X **Above Satisfactory (4):** Careful about personal appearance, always wearing complete Town supplied uniform if required.

☐ **Satisfactory (3):** Generally neat and clean - almost always wears complete Town supplied uniform if required.

☐ **Conditional (2):** Sometimes untidy and careless about personal appearance. Often does not wear complete uniform. This rating indicates that a part of the employee's appearance is below the standard required and it is reasonable to expect that the employee will bring his/her appearance up to a satisfactory standard.

☐ **Unsatisfactory (1):** Very untidy, dirty, wrinkled, quite often does not wear Town uniform. A significant part of the employee's appearance is below the standards required for the position and the employee is expected to bring his/her appearance up to a satisfactory standard.

Additional Comments by Supervisor:
*Mrs. Goldstein is always impeccably dressed. She consistently displays a professional image to the public.*

## 8. COMMUNICATION SKILLS

Degree to which individual exercises oral, written and listening skills to foster effective communication. This includes communication between co-workers, supervisors and the general public as well as communication via the telephone or radio transmission.

X **Above Satisfactory (4):** Written and oral communications are professional, direct, clear and effective. Very good two-way exchanges and is an attentive listener.

☐ **Satisfactory (3):** Standard performance is demonstrated by clear communications in both written and oral forms. Employee demonstrates good listening skills.

☐ **Conditional (2):** Written and/or oral communications may be awkward or lack organization or clear direction. Poor listening skills, interrupts or ignores speaker. This rating indicates that a part of the work performance is below the standard of performance required for the position and it is reasonable to expect that the employee will bring performance up to a satisfactory standard.

☐ **Unsatisfactory (1):** Poor language usage, either written or oral. Inattentive listener. Written or oral communications may be confusing and lack clarity and organization. A significant part of the work performance is below the standards required for the position and the employee is expected to bring performance up to satisfactory standards.

Additional Comments by Supervisor:
*Mrs. Goldstein writes letters, memos and reports that command attention and achieve results. She writes with remarkable clarity and consistency along with original thoughts and ideas. Mrs. Goldstein develops and maintains effective two-way communications.*

October 2011

## 9. SAFETY
Compliance with appropriate Town safety procedures in relation to individuals or assignments.

**X**   ***Above Satisfactory (4):*** Observes safety rules.  On guard for potential safety problems, strives to avoid accidents and injury.  Reports accidents and/or hazards immediately.

☐   ***Satisfactory (3):*** Occasional safety reminders may be necessary.  Reports accidents and/or hazards in a timely manner.  Has an average safety record.

☐   ***Conditional (2):***  Needs frequent reminding to use safety guards and observe procedures.  Warned repeatedly about safety and/or hazards on job site and/or work place.  This rating indicates that a part of the work performance is below the standard of performance required for the position and it is reasonable to expect that the employee will bring performance up to a satisfactory standard.

☐   ***Unsatisfactory (1):***  Is not safety conscious; fails to report accidents to supervisor upon occurrence.  Area is often unsafe and safety rules ignored. A significant part of the work performance is below the standards required for the position and the employee is expected to bring performance up to satisfactory standards.

Additional Comments by Supervisor:
***Mrs. Goldstein complies with all safety recommendations and requirements. Although not a police officer, she pays attention to safety concerns of as which may effect our sworn and non-sworn members.***

## 10.   EQUIPMENT AND WORK AREA
General upkeep and repair of equipment and vehicles.  Orderliness of work area which may include one's office area, desk, Town vehicle, equipment room, tool shed, etc.

**X**   ***Above Satisfactory (4):***  Work area is maintained in an orderly manner.  Equipment is well taken care of and used in the manner in which it was designed for. Work area is neat and orderly.

☐   ***Satisfactory (3):***  Standard performance in the use and care of equipment.  Work area is fairly neat and kept in reasonably good order.

☐   ***Conditional (2):***   Equipment wear and malfunction are not reported to supervisors.  Careless about equipment maintenance.  Work area may be untidy and has to be reminded to clean up area.  This rating indicates that a part of the work performance is below the standard of performance required for the position and it is reasonable to expect that the employee will bring performance up to a satisfactory standard.

☐   ***Unsatisfactory (1):***  Equipment may be lost or damaged due to carelessness.  Work area is not kept clean and orderly. A significant part of the work performance is below the standards required for the position and the employee is expected to bring performance up to satisfactory standards.

Additional Comments by Supervisor
***Mrs. Goldstein maintains her work area in an orderly manner. Her record keeping and file are organized and meticulous.***

October 2011

# EMPLOYEE PERFORMANCE EVALUATION

**Instructions:** For each category listed below, please check one performance level.

### EVALUATION SUMMARY

| CATEGORY | ABOVE SATISFACTORY (4) | SATISFACTORY (3) | CONDITIONAL (2) | UNSATISFACTORY (1) | N/A |
|---|---|---|---|---|---|
| 1. Skill Level/Job Knowledge | X | | | | |
| 2. Quality of Work | X | | | | |
| 3. Quantity of Work | X | | | | |
| 4. Job Courtesy and Behavior | X | | | | |
| 5. Attendance/Punctuality | X | | | | |
| 6. Dependability | X | | | | |
| 7. Personal Appearance | X | | | | |
| 8. Communication Skills | X | | | | |
| 9. Safety | X | | | | |
| 10. Equipment and Work Area | X | | | | |

## OVERALL EVALUATION

The overall evaluation may not be merely an average of the evaluation of each standard, as some of the standards may be more important than others for this person's position. **An overall rating of "conditional" or "unsatisfactory" will negate the merit increase and shall subject the employee to a three (3) month follow-up review to check for progress in the sub-standard work performance.**

Above Satisfactory ☐    Satisfactory ☐    Conditional ☐    Unsatisfactory ☐

Rated by: Rogelio J. Torres Jr., Chief of Police          08/29/2022
Print Name and Title                                     Date

Comments by Supervisor:
_____
_____
_____
_____

Supervisor's Signature: _____          08/29/2022
                                                  Date

Comments by Department Head:
_____
_____
_____
_____
_____

Department Head Signature: _____ Date 08/29/2022

Town Manager's Signature: _____ Date 9/15/22

October 2011

**Page 109**

## EMPLOYEE PERFORMANCE EVALUATION
### Employee's Acknowledgement of Receipt and Comment Section

| INSTRUCTIONS FOR EMPLOYEE |
| --- |

The immediate supervisor must provide comments under the Improvement Plan which are required for conditional and unsatisfactory ratings in any of the performance categories.

THE EMPLOYEE UNDERSTANDS THAT HE/SHE IS EXPECTED TO IMPROVE THEIR PERFORMANCE IN THE FOLLOWING AREAS: (Use additional sheet if necessary)

Improvement Plan

1. Skill Level / Job Knowledge
2. Quality of Work
3. Quantity of Work
4. Job Courtesy and Behavior
5. Attendance / Punctuality
6. Dependability
7. Appearance
8. Communication Skills
9. Safety
10. Equipment and Work Area

My signature acknowledges that I have received a copy of my performance evaluation and that I have discussed the contents of the evaluation with my Supervisor.

_____        8/29/2022
Employee Signature                                              Date

Employee Comments (use additional sheet if necessary):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

October 2011

**Page 110**