**EMPLOYEE PERFORMANCE EVALUATION**

| Last Name | | First Name | |
|---|---|---|---|
| Goldstein | | Dina | |
| **Department** | **Job Classification** **Executive Assistant to the** | | |
| Police | **Chief of Police** | | |
| **Evaluation Period** | **Evaluation Date** | | **Type of Review** |
| 10/01/2022 – 09/30/2023 | 09/30/2023 | | o Annual Performance Review<br>o Three Month Follow-up Review<br>o Other: |

### INSTRUCTIONS for SUPERVISORS

Using the scale below, evaluate the performance of the employee for each category listed in the following pages. Then provide an overall evaluation for all categories. The overall evaluation may not be merely an average of the evaluation of each standard, as some of the standards may be more important than others for this person's position. Sign and date the evaluation, obtain any other necessary signatures, discuss the evaluation with the employee, and provide a copy to the employee.

Note: The descriptions for "Above Satisfactory", "Satisfactory", "Conditional" and "Unsatisfactory" under each of the performance categories are provided as guidelines in assisting the supervisor in determining what ordinarily characterizes the respective performance rating; however, an entire description, may not fully apply to an employee, therefore, the supervisor may include comments to support a rating and may cross-out any terminology not considered to be applicable or appropriate.

### PERFORMANCE LEVEL

ABOVE SATISFACTORY: Performance consistently exceeds the standards of performance.

SATISFACTORY: Performance meets the needs of the job.

CONDITIONAL: Performance is sometimes below satisfactory level for the job. Improvement is expected. Immediate supervisor must indicate a plan for improvement in the Employee Comment section.

UNSATISFACTORY: Performance is consistently below satisfactory level of this job. Performance continued at this level could be grounds for dismissal. Improvement is expected. Immediate supervisor must indicate a plan for improvement in the Employee Comment section.

NOT APPLICABLE: When a category is not applicable due to the employee's assignment or job description, indicate "N/A" in the Supervisor's Comment Section.

October 2011

**Page 95**

1. **SKILL LEVEL/JOB KNOWLEDGE**
   Familiarity with position requirements. This includes knowledge and skills required for job performance.

   x   ***Above Satisfactory (4):*** Has a grasp for most or all the skills or knowledge needed for job standard. Continuously seeks to improve job performance.

   ☐   ***Satisfactory (3):*** Has general knowledge of most phases of job. Has ability to recognize weakness and seeks assistance or help when needed.

   ☐   ***Conditional (2):*** Work sometimes shows inconsistent application of skill procedures. Sometimes inattentive to details. Work procedure must be retraced and redone to correct details. This rating indicates that a part of the work performance is below the standards required for the position, and the     employee is expected to bring performance up to a satisfactory standard.

   ☐   ***Unsatisfactory (1):*** Does not demonstrate skill in a consistent manner, often shows errors regarding   proper procedures and techniques. Work must be duplicated to correct problems and attention to details is lacking. A significant part of the work performance is below the standards required for the position and the employee is expected to bring performance up to satisfactory standards.

Additional Comments by Supervisor:

Ms. Goldstein is very knowledgeable and understands her role and responsibilities as the Executive Assistant to the Chief of Police. She has been employed with the Town of Surfside for 15 years, working directly for the Office of the Chief for 14 years. Ms. Goldstien is a well-rounded employee that has a thorough knowledge and understanding about the police department and the community as well.

2. **QUALITY OF WORK**
   The correctness, completeness, and accuracy of work. This also includes attention to details and checking work for adherence to standards.

   x   ***Above Satisfactory (4):*** Very thorough, organized and accurate. Utilizes all information and resources to accomplish goals. New tasks are done accurately with a high-quality level.

   ☐   ***Satisfactory (3):*** Work is thorough, organized and requires few revisions. Employee may have difficulties with some new tasks. Has an understanding of what job entails. Employee's work is reliable and consistent.

   ☐   ***Conditional (2):*** Work routinely needs revision. Organization and neatness are below expectation.. Not enough attention is given to details. This rating indicates that a part of the quality of the work product is below standards of performance required for the position and the employee is expected to bring the quality of work up to a satisfactory standard.

   ☐   ***Unsatisfactory (1):*** Inaccurate and incomplete work results, nearly always requires reworking and revisions. Work demonstrates lack of organization and neatness. A significant part of the work performance is below the standards required for the position and the employee is expected to bring performance up to satisfactory standards.

Additional Comments by Supervisor:

Ms. Goldstein's work product on a daily basis is very thorough. She is organized and accurate when providing reports to the police department and the town. She seeks out guidance and assistance if she is unfamiliar with a task to be completed. Ms. Goldstein's understands her responsibilities and

October 2011

stays abreast of current trends within the agency and the community.

3. QUANTITY OF WORK
The amount of work produced and completed successfully. This also includes flexibility in accommodating work interruptions and changes in priorities.

x **Above Satisfactory (4):** Very industrious and provides more than required. Work is turned out early or on time.

☐ **Satisfactory (3):** Volume of work is satisfactory and meets project and goal deadlines. Chooses priorities in an acceptable manner.

☐ **Conditional (2):** Does just enough to get by. Keeps busy but often selects the wrong priority. Does not consistently complete an adequate amount of work to meet project and goal deadlines. This rating indicates that a part of the work quantity is below the standard of performance required for the position, and it is reasonable to expect that the employee will bring performance in this area up to a satisfactory level.

☐ **Unsatisfactory (1):** Incomplete, inaccurate work products. Usually does not complete an adequate amount of work and misses goals and deadlines. A significant part of the work is below the standards for this position and the employee is expected to bring performance up to satisfactory standards.

Additional Comments by Supervisor:

Ms. Goldstein is always willing to volunteer and contribute to the operation of the police department. Her title is Executive Assistant to the Chief of Police, but on a daily basis, she works well outside these duties. She supports the entire command staff and all members of the department on a daily basis. She manages the Police Departments Payroll, Budget, Training certificates, and oversee several community events, i.e., Citizens Academy, Halloween and Christmas events. This past year, we started the Shop with a Cop Program, where police employees were partnered with families and taking them shopping for gifts at Target. This was a huge success, thanks to Ms. Goldstein.

4. JOB COURTESY AND BEHAVIOR
The employee's personal courtesy, disposition and general outlook towards job requirements, job assignments, other employees, supervisors and the public.

x **Above Satisfactory (4):** Has positive attitude toward job, co-workers and supervisors. Shows a high degree of energy and involvement. Is friendly and courteous to the public.

☐ **Satisfactory (3):** Cooperates with co-workers to accomplish job duties. Is usually courteous and friendly.

☐ **Conditional (2):** Does not show a consistent positive approach to work and job duties. Inconsistent relationship with other employees and/or supervisors with often negative behavior. This rating indicates that a part of the work performance is below the standard required for the position and it is reasonable to expect that the employee will bring performance in this area up to a satisfactory standard.

☐ **Unsatisfactory (1):** Has a negative approach to work and duties. Does not cooperate with co-workers and/or supervisors to perform assigned tasks. Frequently tactless, complains when given a suggestion. A significant part of work performance is below the standards required for the position and the employee is expected to bring performance up to satisfactory standards.

October 2011

Page 97

Additional Comments by Supervisor:

Ms. Goldstein is respectful to all town employees. She maintains a positive attitude and is always willing to help others. I have received several wonderful comments on her interactions with community members. She does a great job cooperating with other employees.

5. ATTENDANCE/PUNCTUALITY

Whether employee is faithfully present and on time at the work site. Also returns from meal breaks at the proper time and generally conforms to assigned work hours.

x    ***Above Satisfactory (4):***   Less than three (3) sick time occurrences and is almost never late.

☐    ***Satisfactory (3):***  Three (3) to five (5) sick time occurrences and is usually on time and tries to improve.

☐    ***Conditional (2):*** Six (6) to nine (9) sick time occurrences and/or employee is often late. There is a pattern of sick time used in conjunction with days off.

☐    ***Unsatisfactory (1):***   Ten (10) or more sick time occurrences and/or is frequently late. There is a pattern of sick time used in conjunction with days off.

Additional Comments by Supervisor:

Ms. Goldstein reports to work on a daily basis and often times you will see her here after hours.  On weekends, I have seen Ms. Goldstein in the office on her own and does not ask for any compensation.  She volunteers to assist other sections of the town such as Parks and Rec. events, Teen Camp, Shop with a Cop and the Surf Bal Bay Community Night out.  She rarely takes a lunch break during her work day.

6. DEPENDABILITY

The ability to do required jobs well with minimal supervision.

x    ***Above Satisfactory (4):*** Requires little or no supervision and is reliable.

☐    ***Satisfactory (3):*** Usually takes care of necessary tasks and completes with reasonable promptness.

☐    ***Conditional (2):***   Does not show a consistent record of doing jobs without an above average amount of supervision.  This rating indicates that a part of the work performance is below the standard required for the position and it is reasonable to expect that the employee will bring performance in this area up to a satisfactory standard.

☐    ***Unsatisfactory (1):*** Requires close supervision and is unreliable.  A significant part of the work performance is below the standards required for the position and the employee is expected to bring performance up to satisfactory standards.

Additional Comments by Supervisor:

Ms. Goldstien is very dependable lending a hand to all employees if they ever need assistance. She takes care of necessary tasks ensuring the smooth operation of the police department. She requires minimal supervision on a daily basis.

October 2011

**Page 98**

## 7.  APPEARANCE

The personal impression an individual makes on others.  Includes cleanliness, neatness and the wearing of the complete uniform, if supplied, including the Town issued identification badge.

x   **_Above Satisfactory (4):_**  Careful about personal appearance, always wearing complete Town supplied uniform if required.

☐   **_Satisfactory (3):_** Generally neat and clean - almost always wears complete Town supplied uniform if required.

☐   **_Conditional (2):_**  Sometimes untidy and careless about personal appearance.  Often does not wear complete uniform.  This rating indicates that a part of the employee's appearance is below the standard required and it is reasonable to expect that the employee will bring his/her appearance up to a satisfactory standard.

☐   **_Unsatisfactory (1):_**  Very untidy, dirty, wrinkled, quite often does not wear Town uniform. A significant part of the employee's appearance is below the standards required for the position and the employee is expected to bring his/her appearance up to a satisfactory standard.

Additional Comments by Supervisor:

Ms. Goldstein always dresses professional on a daily basis. She displays a professional image while representing the police department both on/off duty.

## 8.  COMMUNICATION SKILLS

Degree to which individual exercises oral, written and listening skills to foster effective communication. This includes communication between co-workers, supervisors and the general public as well as communication via the telephone or radio transmission.

x   **_Above Satisfactory (4):_**  Written and oral communications are professional, direct, clear and effective.  Very good two-way exchanges and is an attentive listener.

☐   **_Satisfactory (3):_**  Standard performance is demonstrated by clear communications in both written and oral forms.  Employee demonstrates good listening skills.

☐   **_Conditional (2):_**  Written and/or oral communications may be awkward or lack organization or clear direction.  Poor listening skills, interrupts or ignores speaker.  This rating indicates that a part of the work performance is below the standard of performance required for the position and it is reasonable to expect that the employee will bring performance up to a satisfactory standard.

☐   **_Unsatisfactory (1):_**  Poor language usage, either written or oral.  Inattentive listener. Written or oral communications may be confusing and lack clarity and organization. A significant part of the work performance is below the standards required for the position and the employee is expected to bring performance up to satisfactory standards.

Additional Comments by Supervisor:

On a daily basis, Ms. Goldstein is drafting letters, memos and reports that are viewed by all personnel, including the Town Manager, Elected Officials and other agency heads.  She ensures her work is correct, concise and accurate. She maintains consistent communication with me on a daily basis, keeping me abreast of any meetings, activities or issues that may need to be addressed.

October 2011

**Page 99**

## 9. SAFETY
Compliance with appropriate Town safety procedures in relation to individuals or assignments.

x **Above Satisfactory (4):** Observes safety rules. On guard for potential safety problems, strives to avoid accidents and injury. Reports accidents and/or hazards immediately.

☐ **Satisfactory (3):** Occasional safety reminders may be necessary. Reports accidents and/or hazards in a timely manner. Has an average safety record.

☐ **Conditional (2):** Needs frequent reminding to use safety guards and observe procedures. Warned repeatedly about safety and/or hazards on job site and/or work place. This rating indicates that a part of the work performance is below the standard of performance required for the position and it is reasonable to expect that the employee will bring performance up to a satisfactory standard.

☐ **Unsatisfactory (1):** Is not safety conscious; fails to report accidents to supervisor upon occurrence. Area is often unsafe and safety rules ignored. A significant part of the work performance is below the standards required for the position and the employee is expected to bring performance up to satisfactory standards.

**Additional Comments by Supervisor:**

Ms. Goldstein complies with all safety rules and regulations on a daily basis. If she identifies a safety issue, she quickly addresses the issue or notifies the appropriate office. She will also follow up to ensure the safety issue is addressed.

## 10. EQUIPMENT AND WORK AREA
General upkeep and repair of equipment and vehicles. Orderliness of work area which may include one's office area, desk, Town vehicle, equipment room, tool shed, etc.

x **Above Satisfactory (4):** Work area is maintained in an orderly manner. Equipment is well taken care of and used in the manner in which it was designed for. Work area is neat and orderly.

☐ **Satisfactory (3):** Standard performance in the use and care of equipment. Work area is fairly neat and kept in reasonably good order.

☐ **Conditional (2):** Equipment wear and malfunction are not reported to supervisors. Careless about equipment maintenance. Work area may be untidy and has to be reminded to clean up area. This rating indicates that a part of the work performance is below the standard of performance required for the position and it is reasonable to expect that the employee will bring performance up to a satisfactory standard.

☐ **Unsatisfactory (1):** Equipment may be lost or damaged due to carelessness. Work area is not kept clean and orderly. A significant part of the work performance is below the standards required for the position and the employee is expected to bring performance up to satisfactory standards.

**Additional Comments by Supervisor:**

Ms. Goldstein maintains her work area in a clean and orderly fashion. Her files are well organized, if asked her for a report, she is quick to locate and provide what is needed.

October 2011

**Page 100**

## EMPLOYEE PERFORMANCE EVALUATION

| Instructions: | For each category listed below, please check one performance level. | | | | |
|---|---|---|---|---|---|

### EVALUATION SUMMARY

| CATEGORY | ABOVE SATISFACTORY (4) | SATISFACTORY (3) | CONDITIONAL (2) | UNSATISFACTORY (1) | N/A |
|---|---|---|---|---|---|
| 1. Skill Level/Job Knowledge | x | | | | |
| 2. Quality of Work | x | | | | |
| 3. Quantity of Work | x | | | | |
| 4. Job Courtesy and Behavior | x | | | | |
| 5. Attendance/Punctuality | x | | | | |
| 6. Dependability | x | | | | |
| 7. Personal Appearance | x | | | | |
| 8. Communication Skills | x | | | | |
| 9. Safety | x | | | | |
| 10. Equipment and Work Area | x | | | | |

## OVERALL EVALUATION

The overall evaluation may not be merely an average of the evaluation of each standard, as some of the standards may be more important than others for this person's position. **An overall rating of "conditional" or "unsatisfactory" will negate the merit increase and shall subject the employee to a three (3) month follow-up review to check for progress in the sub-standard work performance.**

Above Satisfactory x     Satisfactory ☐     Conditional ☐     Unsatisfactory ☐

Rated by: _JOHN HEALY     CHIEF OF POLICE_          _9/15/23_
          Print Name and Title                              Date

Comments by Supervisor: Thank you for all the work you do on a daily basis.  I appreciate your assistance each and every day.

Supervisor's Signature: _____          _9/15/23_
                                                         Date

Comments by Department Head:

_THANK YOU FOR ALL YOU DO FOR THE P.D. TOWN, AND COMMUNITY_

Department Head Signature: _____ Date _9/15/23_

Town Manager's Signature: _____ Date _9/15/2023_

**Page 101**

# EMPLOYEE PERFORMANCE EVALUATION

## Employee's Acknowledgement of Receipt and Comment Section

### INSTRUCTIONS FOR EMPLOYEE

The immediate supervisor must provide comments under the Improvement Plan which are required for conditional and unsatisfactory ratings in any of the performance categories.

THE EMPLOYEE UNDERSTANDS THAT HE/SHE IS EXPECTED TO IMPROVE THEIR PERFORMANCE IN THE FOLLOWING AREAS: (Use additional sheet if necessary)

Improvement Plan

1. Skill Level / Job Knowledge  _____

2. Quality of Work  _____

3. Quantity of Work  _____

4. Job Courtesy and Behavior  _____

5. Attendance / Punctuality  _____

6. Dependability  _____

7. Appearance  _____

8. Communication Skills  _____

9. Safety  _____

10. Equipment and Work Area  _____

My signature acknowledges that I have received a copy of my performance evaluation and that I have discussed the contents of the evaluation with my Supervisor.

_____   9/15/2023
Employee Signature                              Date

Employee Comments (use additional sheet if necessary):

_Thank you for all your support it is an honor to work for you and the Town of Surfside!._

October 2011

**Page 102**