| | |
|---|---|
| **From:** | Edward Holbrook <eholbrook@townofsurfsidefl.gov> |
| **Subject:** | Employee discipline |
| **To:** | Enrique Doce <edoce@townofsurfsidefl.gov> |
| **Sent:** | July 1, 2024 3:46 PM (UTC-04:00) |
| **Attached:** | Dina.docx |

Henry,

I am not saying that this is enough, but take a look at what I wrote here based on the discipline policy that Mark sent us.

This is just a draft, the date means nothing.



**Edward Wayne Holbrook**
**Deputy Chief of Police**
*Surfside Police Department*
*9293 Harding Avenue*
*Surfside, FL 33154*
*Email: eholbrook@townofsurfsidefl.gov*
*Web Site: www.townofsurfsidefl.gov*
*Mobile:* [ Law Enforcement ]
*Office: (305) 861-4862 Ext. 206*
*FAX: (305) 861-8960*

**CONFIDENTIALITY NOTICE**: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that may be exempt from public disclosures. Any unauthorized review, use, disclosure, or distribution is prohibited. If you received this message in error, please contact the sender (via email, fax, or phone) and then destroy all copies of the original message.

**UNCLASSIFIED/FOR OFFICIAL USE ONLY**. Some of the information contained in this document may describe First Amendment protected activities. The Surfside Police Department recognizes that residents and visitors have constitutionally protected rights to assemble, speak, and petition. The Surfside Police Department safeguards these rights and only reports on First Amendment protected activities for operational planning in the interest of assuring public safety and security related to traffic mitigation, personal safety, and protection of property from damage.

# SURFSIDE POLICE DEPARTMENT
## OFFICE OF THE CHIEF OF POLICE
9293 Harding Avenue Surfside, FL 33154
Tel: 305-861-4862  Fax: 305-861-8960

**July 01, 2024**

**Dina Goldstein**
Senior Executive Secretary
Surfside Police Department

Dear Ms. Goldstein,

Effective immediately, you are hereby relieved of your duties as Senior Executive Secretary with the Surfside Police Department pending a thorough investigation. This decision is based on the following grounds:

1. **Violation of Comp Time Policy**: Payroll records from September 2022 and September 2023 indicate that you processed comp time payouts for several officers that far exceeded the 300-hour limit established in the FOP CBA contract. Specifically:
   - In September 2022, Sgt. Juilo Torres (Account No. Ba) sold back 464.49 hours of comp time, resulting in a payout of $23,565.38.
   - In September 2022, Officer Jose Valino (Account No. Ban sold back 383.64 hours of comp time, resulting in a payout of $16,842.37.
   - In September 2023, Sgt. Juilo Torres (Account No. Ba sold back 730.06 hours of comp time, resulting in a payout of $38,890.72.
   - In September 2023, Sgt. Jose A. Matelis (Account No. Ba sold back 345.30 hours of comp time, resulting in a payout of $21,913.27. These transactions are clear violations of Article 21.1.1 of the contract, which states that employees cannot accumulate more than 300 hours of comp time. Furthermore, the policy mandates that any excess hours be compensated as overtime rather than additional comp time.

2. **Trust and Confidentiality Issues**: Dina has repeatedly leaked sensitive information, which compromises the integrity and security of the police department's operations. This includes leaking information about police dispatch changes to her husband, who then posted it on social media. There have been multiple instances where sensitive information related to the department's operations was leaked, causing significant operational and reputational issues. As someone in a position of trust, it is imperative to maintain confidentiality, which has not been upheld.

**Mission Statement**
"To provide the highest level of police service to the community we serve in a professional, courteous, ethical and judicious manner."

**SURFSIDE POLICE DEPARTMENT**
OFFICE OF THE CHIEF OF POLICE
9293 Harding Avenue Surfside, FL 33154
Tel: 305-861-4862  Fax: 305-861-8960

3. **Lack of Competence in Job Responsibilities**: Despite your long tenure, it has come to our attention that you lack essential skills required for your role, such as proficiency in PowerPoint, payroll systems, and schedule creation. This has hindered the department's efficiency and your ability to fulfill your job duties effectively.

4. **Suspicious Behavior**: Your unauthorized access to the office on weekends under the pretext of catching up on payroll, coupled with your opposition to the transition to automated payroll and scheduling systems like Tellestaff and UKG, raises concerns about your motives and job performance.

5. **Potential Payroll Fraud**: There are serious allegations of potential payroll fraud involving Sgt. Rory, where unauthorized comp time and overtime were provided during his alleged deployment. This matter is currently under investigation.

6. **Failure to Comply with Direct Request**: On or about June 20, 2024, Chief Doce requested that you send him an email listing your job functions and duties. As of today, July 1, 2024, you have yet to comply with this request, demonstrating a lack of responsiveness and accountability.

During the period of this investigation, your email and any access to your Surfside account will be suspended. You are required to surrender your key fob and identification immediately. All access to the police department, with the exception of the lobby, will be denied until further notice.

This action is in line with the Surfside Police Department's Employee Discipline policy, which allows for immediate relief from duty when an employee poses a threat to the department's integrity or the community's well-being.

You will be informed of the investigation's progress and the final decision once all relevant information has been reviewed.

**Mission Statement**
"To provide the highest level of police service to the community we serve in a professional, courteous, ethical and judicious manner."

# Public Records Exemptions

Enclosed please find a copy of the response documents for your public records request. The following information is provided to explain the process employed to review and produce the response documents.

| Reason | Description | Pages |
|---|---|---|
| Law Enforcement 119.071(4) (d)2a | The home addresses, telephone numbers, dates of birth, and photographs of active or former sworn or civilian law enforcement personnel, including correctional and correctional probation officers, personnel of the Department of Children and Families whose duties include the investigation of abuse, neglect, exploitation, fraud, theft, or other criminal activities, personnel of the Department of Health whose duties are to support the investigation of child abuse or neglect, and personnel of the Department of Revenue or local governments whose responsibilities include revenue collection and enforcement or child support enforcement; the names, home addresses, telephone numbers, photographs, dates of birth, and places of employment of the spouses and children of such personnel; and the names and locations of schools and day care facilities attended by the children of such personnel. | 1 |

## Public Records Exemptions

Enclosed please find a copy of the response documents for your public records request. The following information is provided to explain the process employed to review and produce the response documents.

| Reason | Description | Pages |
|---|---|---|
| Bank Information - Section 119.071(5) (b) | Bank account numbers and debit, charge, and credit card numbers held by an agency are exempt from s. 119.07(1) and s. 24(a), Art. I of the State Constitution. This exemption applies to bank account numbers and debit, charge, and credit card numbers held by an agency before, on, or after the effective date of this exemption. | 2 |