**From:** Edward Holbrook <eholbrook@townofsurfsidefl.gov>
**Subject:** New Draft / Dina
**To:** Enrique Doce <edoce@townofsurfsidefl.gov>
**Sent:** July 7, 2024 8:32 PM (UTC-04:00)
**Attached:** Dina.pdf



**Edward Wayne Holbrook**
**Assistant Chief of Police**
Surfside Police Department
9293 Harding Avenue
Surfside, FL 33154
Email: eholbrook@townofsurfsidefl.gov
Web Site: www.townofsurfsidefl.gov
Mobile: Law Enforcement
Office: (305) 861-4862 Ext.
FAX: (305) 861-8960

CONFIDENTIALITY NOTICE: This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information that may be exempt from public disclosures. Any unauthorized review, use, disclosure, or distribution is prohibited. If you received this message in error, please contact the sender (via email, fax, or phone) and then destroy all copies of the original message.

UNCLASSIFIED/FOR OFFICIAL USE ONLY. Some of the information contained in this document may describe First Amendment protected activities. The Surfside Police Department recognizes that residents and visitors have constitutionally protected rights to assemble, speak, and petition. The Surfside Police Department safeguards these rights and only reports on First Amendment protected activities for operational planning in the interest of assuring public safety and security related to traffic mitigation, personal safety, and protection of property from damage.

**SURFSIDE POLICE DEPARTMENT**
OFFICE OF THE CHIEF OF POLICE
9293 Harding Avenue Surfside, FL 33154
Tel: 305-861-4862  Fax: 305-861-8960

**July 09, 2024**

**Dina Goldstein**
Senior Executive Secretary
Surfside Police Department

Dear Ms. Goldstein,

Effective immediately, you are hereby relieved of your duties as Senior Executive Secretary with the Surfside Police Department pending a thorough investigation. This decision is based on the following grounds:

1. **Violation of Comp Time Policy**: Payroll records from September 2022 and September 2023 indicate that you processed comp time payouts for several officers exceeding the 300-hour limit established in the FOP CBA contract. Specifically:

   - In September 2022, Sgt. Julio Torres (Account No. ▉Bank Informati▉ sold back 464.49 hours of comp time, resulting in a payout of $23,565.38.
   - In September 2022, Officer Jose Valino (Account No. ▉B▉) sold back 383.64 hours of comp time, resulting in a payout of $16,842.37.
   - In September 2023, Sgt. Julio Torres (Account No. ▉Ban Informa▉ sold back 730.06 hours of comp time, resulting in a payout of $38,890.72.
   - In September 2023, Sgt. Jose A. Matelis (Account No. ▉Ban▉ sold back 345.30 hours of comp time, resulting in a payout of $21,913.27. These transactions violate Article 21.1.1 of the contract, which states that employees cannot accumulate more than 300 hours of comp time. Furthermore, the policy mandates that excess hours be compensated as overtime rather than additional comp time.

   **This failure to follow the contract and policy has made the Town of Surfside liable and subjective to Civil Fines by The Fair Labor Standards Act (FLSA)**

**Mission Statement**
"To provide the highest level of police service to the community we serve in a professional, courteous, ethical and judicious manner."



**SURFSIDE POLICE DEPARTMENT**
OFFICE OF THE CHIEF OF POLICE
9293 Harding Avenue Surfside, FL 33154
Tel: 305-861-4862  Fax: 305-861-8960

2. **Trust and Confidentiality Issues**: Dina has repeatedly leaked sensitive information, compromising the integrity and security of the police department's operations. This includes leaking information about police dispatch changes to her husband, who then posted it on social media. There have been multiple instances where sensitive information related to the department's operations was leaked, causing significant operational and reputational issues. As someone in a position of trust, it is imperative to maintain confidentiality, which has not been upheld.

3. **Lack of Competence in Job Responsibilities**: Despite your long tenure, it has come to our attention that you lack essential skills required for your role, such as proficiency in PowerPoint, payroll systems, and schedule creation. This has hindered the department's efficiency and ability to fulfill its duties effectively.

4. **Potential Payroll Fraud**: There are serious allegations of potential payroll fraud involving Sgt. Rory Alberto, where unauthorized comp time and overtime were provided during his alleged deployment. *This matter is currently under investigation*.

During this investigation, your email and access to your Surfside account will be suspended. You are required to surrender your key fob and identification immediately. Until further notice, all access to the police department, with the exception of the lobby, will be denied.

This action aligns with the Surfside Police Department's Employee Discipline policy, which allows immediate relief from duty when an employee threatens the department's integrity or the community's well-being.

You will be informed of the investigation's progress and the final decision once all relevant information has been reviewed.

**Mission Statement**
"To provide the highest level of police service to the community we serve in a professional, courteous, ethical and judicious manner."



# SURFSIDE POLICE DEPARTMENT
## OFFICE OF THE CHIEF OF POLICE
9293 Harding Avenue Surfside, FL 33154
Tel: 305-861-4862  Fax: 305-861-8960



## Bar Chart: Hours of Comp Time Sold Back

| Date | Officer Name | Hours Sold Back | Policy Limit | Over Limit |
|------|--------------|-----------------|--------------|------------|
| Sep 2022 | Sgt. Julio T. | 464.49 | 300 | 164.49 |
| Sep 2022 | Officer Jose V. | 383.64 | 300 | 83.64 |
| Sep 2023 | Sgt. Julio T. | 730.06 | 300 | 430.06 |
| Sep 2023 | Sgt. Jose M. | 345.30 | 300 | 45.30 |

## Pie Chart: Financial Payouts Due to Excess Comp Time

| Officer Name | Payout Amount | Over Limit Payment |
|--------------|---------------|--------------------|
| Sgt. Julio T. | $23,565.38 | $8,225.38 |
| Officer Jose V. | $16,842.37 | $3,642.37 |
| Sgt. Julio T. | $38,890.72 | $22,900.72 |
| Sgt. Jose M. | $21,913.27 | $2,865.27 |

## Overall Impact on Department

| Impact Area | Description | Severity |
|-------------|-------------|----------|
| Legal Liability | Subject to FLSA fines | High |
| Operational Efficiency | Reduced due to incompetence | Medium |
| Confidentiality Breach | Sensitive information leaks | High |
| Financial Loss | Excessive comp time payouts | High |
| Reputational Damage | Negative public perception | Medium |
| Morale | Lowered due to breaches and inefficiencies | Medium |

**Mission Statement**
"To provide the highest level of police service to the community we serve in a professional, courteous, ethical and judicious manner."

# Public Records Exemptions

Enclosed please find a copy of the response documents for your public records request. The following information is provided to explain the process employed to review and produce the response documents.

| Reason | Description | Pages |
|---|---|---|
| Law Enforcement 119.071(4)(d)2a | The home addresses, telephone numbers, dates of birth, and photographs of active or former sworn or civilian law enforcement personnel, including correctional and correctional probation officers, personnel of the Department of Children and Families whose duties include the investigation of abuse, neglect, exploitation, fraud, theft, or other criminal activities, personnel of the Department of Health whose duties are to support the investigation of child abuse or neglect, and personnel of the Department of Revenue or local governments whose responsibilities include revenue collection and enforcement or child support enforcement; the names, home addresses, telephone numbers, photographs, dates of birth, and places of employment of the spouses and children of such personnel; and the names and locations of schools and day care facilities attended by the children of such personnel. | 1 |

# Public Records Exemptions

Enclosed please find a copy of the response documents for your public records request. The following information is provided to explain the process employed to review and produce the response documents.

| Reason | Description | Pages |
|---|---|---|
| Bank Information - Section 119.071(5) (b) | Bank account numbers and debit, charge, and credit card numbers held by an agency are exempt from s. 119.07(1) and s. 24(a), Art. I of the State Constitution. This exemption applies to bank account numbers and debit, charge, and credit card numbers held by an agency before, on, or after the effective date of this exemption. | 2 |