UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20965

DINA GOLDSTEIN

     Plaintiff,

v.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, and,
MARK BLUMSTEIN

     Defendants.

_____/

**DEFENDANTS, TOWN OF SURFSIDE, MARK BLUMSTEIN, AND ENRIQUE DOCE'S, UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 7.1 (C) FOR DEFENDANTS' JOINT RESPONSE TO THE PLAINTIFF'S AMENDED COMPLAINT**

The Defendants, TOWN OF SURFSIDE ("Town"), MARK BLUMSTEIN ("Blumstein"), and ENRIQUE DOCE'S ("Doce") by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6 (b)(1), Local Rule 7.1(C)(1) and 7.1(C)(2) , requests the entry of an order: (1) extending the deadline for Defendants Joint Response to the Plaintiff's Amended Complaint [ECF No. 35], through and including June 9, 2026; and (2) enlarging the page limit for the Defendants Joint Response to the Plaintiff's Amended Complaint [ECF No. 35] and further states:

1.     On February 12, 2026, the Plaintiff filed the Complaint [ECF No. 1], asserting numerous federal claims against the Town, MARK BLUMSTEIN ("Blumstein"), and ENRIQUE DOCE ("Doce"). Plaintiff alleges violations of 42 U.S.C. §1981, 42 U.S.C. §1983, and Title VII, claims that the Defendants infringed on her alleged property and liberty interests without due process, and further asserts claims for defamation and retaliation against certain Defendants.

2.     On April 9, 2026, the Town filed an Unopposed Motion to Enlarge the Page Limit for Defendants Joint Response to the Plaintiff's Complaint [DE 19] to enlarge the Joint Response

page limit to 40 pages to adequately address the complexity of Plaintiff's claims for all three Defendants.

3. On April 13, 2026, the Court granted the enlargement [DE 24] recognizing the need for additional pages to fully address the claims presented.

4. On April 13, 2026, the Defendants filed a Joint Motion to Dismiss Plaintiff's Complaint. [DE 23] addressing the seven counts identified in Plaintiff's Complaint [DE 1].

5. On April 27, 2026, Plaintiff filed an Unopposed Motion for Extension of Time to Respond to the Defendants' Joint Motion to Dismiss [DE 29], citing the press of business. Defendants did not oppose the request. The Court granted Plaintiff's two-week extension.

6. On May 11, 2026, Plaintiff filed her Amended Complaint [DE 35] alleging six counts against the Defendants with multiple sub-counts and introduces new factual allegations that were not present in the original Complaint.

7. The current deadline for the Joint Response to Plaintiff's Amended Complaint is on May 26, 2026.

8. Defendants' undersigned counsel requests additional time to (a) thoroughly review and analyze the new and reorganized allegations in the Amended Complaint, (b) coordinate with co-counsel to file the Joint Response and (c) prepare the joint comprehensive response to Plaintiff's Amended Complaint. Due to the press of business, commitments in other matters, and the upcoming Memorial Day holiday weekend, the Defendants are requesting an additional two weeks making the new deadline June 9, 2026, to address the new allegations in the Plaintiff's Amended Complaint.

9. The Town has conferred with Plaintiff's counsel, and the parties agree that the Defendants should all be allowed the opportunity to appropriately address the allegations

contained in the Plaintiff's Amended Complaint with the requested extension and enlargement of the page limitations. A proposed order granting such relief is attached as **Exhibit A**.

10.     The standard page limit of twenty (20) pages is again insufficient to permit Defendants to fully and adequately address the numerous claims and allegations set forth in the Amended Complaint. Accordingly, the Town respectfully requests an enlarged joint page limit of forty (40) pages, allocated as follows: twenty (20) pages for the Town, ten (10) pages for Defendant Blumstein, and ten (10) pages for Defendant Doce.

11.     Pursuant to Fed. R. Civ. P. 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may for good cause, extend the time." See also Landis v. North American Co., 299 U.S. 248, 254 (1936) (recognizing the Court's inherent power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants"). The request is made in good faith, not for the purpose of delay, and will not prejudice any party.

**Certificate of Conferral with Counsel**

12.     Pursuant to Local Rule 7.1(a)(2), the undersigned counsel for the Town certifies that she conferred with Plaintiff's counsel via e-mail correspondence on May 20, 2026, May 21, 2026, and May 22, 2026 and is authorized to represent that the Plaintiff agrees to enlarge the page limit for Defendants Joint Response and extend the Joint Response deadline to June 9, 2026.

**WHEREFORE**, Defendants, TOWN OF SURFSIDE, MARK BLUMSTEIN, and ENRIQUE DOCE, respectfully request entry of an Order enlarging the page limitation for the parties response to the Plaintiff's Amended Complaint to forty (40) pages and extending the deadline for the Defendants' Joint Response to Plaintiff's Amended Complaint to June 9, 2026, together with such other and further relief as the Court deems just and proper.

Dated: May 22, 2026

Respectfully submitted,

*/s/Mariela E. Tkacik, Esq.*
Mariela E. Tkacik
**Counsel for Defendant Town of Surfside**

*Lourdes Espino Wydler, Esq.*
Lourdes Espino Wydler
**Counsel for Defendant Mark Blumstein**

*Patricia M. Rego Chapman, Esq*.
Patricia M. Rego Chapman
**Counsel for Defendant Enrique Doce**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the **22nd** day of May, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jeffrey L. Hochman*
Jeffrey L. Hochman
Fla. Bar. No. 902098

*/s/ Mariela E. Tkacik*
Mariela E. Tkacik
Fla. Bar. No. 1030433

Johnson, Anselmo, Murdoch,
Burke, Piper & Hochman, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
Tel: (954) 463-0100
Fax: (954) 463-2444
hochman@jambg.com
cardona@jambg.com
finley@jambg.com
metkacik@jambg.com
cisaac@jambg.com

## SERVICE LIST

**Brian H. Pollock, Esq.**
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: 305-230-4884
brian@fairlawattorney.com
*Counsel for Plaintiff*

**Douglas T. Noah, Esq.**
**Patricia M. Rego Chapman, Esq.**
Dean Ringers et al
Capital Plaza I
201 East Pine Street, Suite 1200
Orlando, FL 32801
Tel: (407) 422-4310
dnoah@drml-law.com
PChapman@drml-law.com
*Counsel for Co-Defendant Enrique Doce*

**Lourdes Espino Wydler, Esq.**
**Alandra A. Tejedor, Esq.**
Wydler Law
1550 Madruga Ave., Suite 400
Coral Gables, FL 33146
Office: 305-446-5528
lew@wydlerlaw.com
aat@wydlerlaw.com
guertty@wydlerlaw.com
*Counsel for Co-Defendant Mark Blumstein*

**Jeffrey L. Hochman, Esq.**
**Mariela E. Tkacik, Esq.**
Johnson, Anselmo, Murdoch, Burke,
Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Ste. 1000
Ft. Lauderdale, FL 33304
Tel: 954-463-0100
hochman@jambg.com
METkacik@jambg.com
cardona@jambg.com
finley@jambg.com
cisaac@jambg.com
*Counsel for Defendant Town of Surfside*

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20965

DINA GOLDSTEIN

      Plaintiff,

v.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, and,
MARK BLUMSTEIN

      Defendants.

_____/

**[PROPOSED] ORDER ON DEFENDANTS, TOWN OF SURFSIDE, MARK BLUMSTEIN, AND ENRIQUE DOCE'S, UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 7.1(C) FOR DEFENDANTS' JOINT RESPONSE TO THE PLAINTIFF'S AMENDED COMPLAINT**

This Cause having come before the Court on the Defendants, TOWN OF SURFSIDE, MARK BLUMSTEIN AND ENRIQUE DOCE'S unopposed motion for relief from Local Rule 7.1(c) for Defendants' Joint Response to the Plaintiff's Amended Complaint, and the Court having reviewed the motion and being otherwise fully advised in the premises: it is ORDERED AND ADJUDGED that said motion is GRANTED. The Defendants, TOWN OF SURFSIDE, MARK BLUMSTEIN, and ENRIQUE DOCE's time to respond to the Amended Complaint shall be extended to June 9, 2026, and the Defendants' Joint Response shall not exceed forty (40) pages.

**DONE AND ORDERED** in the Southern District of Florida this ___ of _____, 2026.

_____

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record