UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20965-GAYLES/SHAW-WILDER

DINA GOLDSTEIN,

Plaintiff,

vs.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, and
MARK BLUMSTEIN,

Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' JOINT MOTION TO DISMISS

Plaintiff, Dina Goldstein, through her undersigned counsel and pursuant to Fed. R. Civ. P. 6(b)(1), Local Rule 7.1, and other applicable Rules and laws, requests the Court to grant her an extension of time to respond to Defendants' Joint Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 39] based upon the lack of opposition and the following good cause:

1.      On May 11, 2026, Plaintiff filed her Amended Complaint against the Defendants. [ECF No. 35].

2.      The Court granted the Defendants' unopposed request to extend the deadline to file and increase the page limit for their Joint Response to the Amended Complaint to 40 pages. [ECF No. 38].

3.      On June 9, 2026, Defendants filed a 36-page Joint Motion to Dismiss Plaintiff's Amended Complaint. [ECF No. 39].

Coral Gables, Florida ⎪ Detroit, Michigan
FairLaw Firm

4.    Plaintiff's current deadline to respond to the Joint Motion to Dismiss is Tuesday, June 23, 2026.

5.    Due to the press of business and commitments in other matters, the undersigned will be unable to adequately analyze the complex arguments raised in Defendants' extensive Motion to Dismiss and file a Response in Opposition by the current deadline.

6.    The undersigned contacted defense counsel, who had no opposition to providing a two-week extension of time to file a response.

7.    Pursuant to Fed. R. Civ. P. 6(b)(1) "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

8.    It follows that this Court has the power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *also see Clinton v. Jones*, 520 U.S. 681, 706-707 (1997).

9.    Accordingly, Plaintiff respectfully requests the Court to grant her an extension of time through July 7, 2026, to file her Response in Opposition.

10.    A proposed Order is being submitted simultaneously herewith.

WHEREFORE, Plaintiff, Dina Goldstein, respectfully requests the Court to grant her the Extension of Time requested above.

Coral Gables, Florida │ Detroit, Michigan
FairLaw Firm

## <u>LOCAL RULE 7.1 CERTIFICATION</u>

Counsel for the movant conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and represents that defense counsel agreed to the relief requested above.

FAIRLAW FIRM
*Plaintiff's Counsel*

<u>s/</u>Brian H. Pollock, Esq.
Brian H. Pollock, Esq.

Respectfully submitted this 23rd day of June 2026,

<u>Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*