UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20965-GAYLES/SHAW-WILDER

DINA GOLDSTEIN,

      Plaintiff,

vs.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, and
MARK BLUMSTEIN,

      Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS CAUSE came before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Joint Motion to Dismiss the Amended Complaint [ECF No. 39], and the Court, having reviewed the Motion, noting the lack of opposition from Defendants, and being otherwise fully advised in the premises, finds good cause to grant the requested relief.

It is therefore **ORDERED AND ADJUDGED** that Plaintiff's Unopposed Motion for Extension of Time is **GRANTED**; Plaintiff shall have through and including July 7, 2026, to file her Response in Opposition to Defendants' Joint Motion to Dismiss the Amended Complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of June, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record