**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-20965-DPG**

DINA GOLDSTEIN,

     Plaintiff,

v.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, AND MARK
BLUMSTEIN,

     Defendants.

_____/

## <u>ORDER</u>

This CAUSE comes before the Court upon the Defendants TOWN OF SURFSIDE, FLORIDA, MARK BLUMSTEIN and ENRIQUE DOCE'S Unopposed Joint Motion for Extension of Time and Enlargement of Page Limitation on Joint Reply ("Motion"). [ECF No. 44]. The Court has reviewed the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Defendants shall file their Joint Reply on or before July 22, 2026, and the Defendants' Joint Reply shall not exceed twenty (20) pages.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 7, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: Counsel of record