

# Personnel Policies and Procedures Manual

Revised May 2023

App. 1, P. 45

## Table of Contents

CHAPTER 1 - INTRODUCTION.................................................................................1

    THE TOWN'S PHILOSOPHY..........................................................................1

    AT WILL EMPLOYMENT.............................................................................1

    OPEN DOOR POLICY...................................................................................2

    AMENDMENTS TO THE PERSONNEL POLICIES AND PROCEDURES
        MANUAL...........................................................................................2

    COLLECTIVE BARGAINING AGREEMENT...............................................2

    MANAGEMENT'S RIGHTS...........................................................................2

CHAPTER 2 – OVERVIEW.....................................................................................3

    DEFINITIONS...............................................................................................3

    AUTHORITY AND RESPONSIBILITY.........................................................4

    DEPARTMENT HEADS.................................................................................4

    CHAIN OF COMMAND................................................................................5

CHAPTER 3 - PRE-EMPLOYMENT, RECRUITMENT, SELECTION, PLACEMENT
.................................................................................................................................6

    PROCEDURES FOR FILLING VACANCIES................................................6

    RECRUITMENT............................................................................................6

    EXAMINATIONS..........................................................................................7

    DOCUMENTATION OF NEW HIRE.............................................................7

    PROMOTIONS..............................................................................................8

    TRANSFERS................................................................................................8

    RESIGNATION.............................................................................................8

    LAYOFFS.....................................................................................................8

CHAPTER 4 - EMPLOYMENT POLICIES AND PROCEDURES.............................10

    EQUAL EMPLOYMENT OPPORTUNITY (EEO) / AMERICANS WITH
        DISABILITIES ACT (ADA).............................................................10

    I-9 FORM....................................................................................................10

    HOURS OF WORK / WORK WEEK............................................................11

    ATTENDANCE AND PUNCTUALITY.........................................................11

    PERSONNEL RECORD UPDATES / EMPLOYEE RECORD REVIEW.........11

## Table of Contents

PAYROLL ........................................................................................................11

COMPENSATION PLAN / POLICY..................................................................12

PERFORMANCE EVALUATIONS .....................................................................13

EXIT INTERVIEWS............................................................................................14

PROFESSIONAL   DEVELOPMENT   SEMINARS   AND   IN-SERVICE
       TRAINING PROGRAMS ............................................................................14

EDUCATION ASSISTANCE ..............................................................................15

ANTI-DISCRIMINATION AND HARRASSMENT POLICY ..............................15

WHISTLE BLOWING AND OTHER RETALIATION......................................20

WEAPONS AT WORK........................................................................................21

WORKPLACE VIOLENCE..................................................................................21

ANTI-BULLYING................................................................................................21

STAFF SEARCH AND SECURITY POLICY......................................................22

DRUG FREE WORKPLACE POLICY.................................................................22

FAMILY AND MEDICAL LEAVE ACT (FMLA) ..............................................33

NON-NEPOTISM  POLICY.................................................................................35

VETERAN'S PREFERENCE................................................................................35

EMERGENCY CONDITIONS..............................................................................36

OUTSIDE EMPLOYMENT .................................................................................36

SMOKING............................................................................................................37

E-MAIL / INTERNET POLICY...........................................................................37

PROHIBITIONS ...................................................................................................38

MEDICAL TESTING ..........................................................................................38

ACCIDENTS ........................................................................................................39

CARE OF TOWN PROPERTY AND EQUIPMENT ...........................................39

DRESS CODE / APPEARANCE..........................................................................39

POLITICAL ACTIVITY ......................................................................................39

IDENTIFICATION BADGE .................................................................................40

SOLICITATION AND DISTRIBUTION OF LITERATURE................................42

TELEPHONE / CELL PHONE USE ....................................................................42

ATTENDANCE, ABSENTEEISM AND TARDINESS ........................................45

## Table of Contents

SOCIAL MEDIA........................................................................................................45
PUBLIC RECORDS LAW COMPLIANCE.............................................................46
CHAPTER 5 - EMPLOYEE BENEFITS....................................................................48
ELIGIBILITY..........................................................................................................48
PENSION PLAN .....................................................................................................48
DEFERRED COMPENSATION; 457 PLANS .......................................................48
HEALTH AND LIFE INSURANCE .......................................................................48
HOLIDAY LEAVE ................................................................................................49
VACATION LEAVE...............................................................................................49
SICK LEAVE .........................................................................................................51
LEAVE OF ABSENCE WITHOUT PAY OTHER THAN FAMILY AND MEDICAL LEAVE..........................................................................................54
BEREAVEMENT LEAVE......................................................................................55
MILITARY LEAVE................................................................................................56
JURY / WITNESS DUTY ......................................................................................57
COBRA ...................................................................................................................57
LEAVE REQUESTS ..............................................................................................57
MEAL PERIODS ...................................................................................................57
PARKING...............................................................................................................58
WORKERS' COMPENSATION............................................................................58
NON-EXEMPT EMPLOYEE OVERTIME AND EXEMPT EMPLOYEE SALARY.........................................................................................................59
LONGEVITY .........................................................................................................61
EMPLOYEE ASSISTANCE PROGRAM (EAP) ..................................................62
USE OF TOWN VEHICLES .................................................................................62
CHAPTER 6 - DISCIPLINE.....................................................................................66
EMPLOYEE CONDUCT .......................................................................................66
DISCIPLINE AND DISCIPLINARY ACTION.....................................................66
GROUNDS FOR DISCIPLINARY ACTION .......................................................66
APPEALS FOR TERMINATION OR REDUCTION IN PAY OR RANK..............69
RULES OF PERSONNEL APPEALS BOARD ......................................................70

## Table of Contents

CHAPTER 7 – SAFETY ................................................................................................................. 72

    INTRODUCTION ...................................................................................................................... 72

    SAFETY RULES ....................................................................................................................... 75

App. 1, P. 49

K.  Education Assistance

1.  The Town offers its full-time employees (who apply for and are approved) a partial tuition reimbursement for college courses. Courses must be from an accredited public or private academic institution, directly related to an employee's particular job, position or assignment, and taken for academic credit toward a degree. The reimbursement is conditioned upon achieving a grade of "C" or better, or its equivalent, and is limited to one-half of the tuition cost of the tuition of a similar course at a State University. Tuition reimbursement will apply only to tuition cost and it will exclude any scholarship, grant or the like. Reimbursement will not cover application fees, testing of any kind and/or other fees.

2.  Any employee who receives a tuition reimbursement shall remain employed by the Town for a minimum of twelve (12) months from the date of completion of any college course for which the Town has provided the employee a reimbursement.

    If the employee voluntarily leaves the employment of the Town prior to the expiration of this time period, the employee shall repay the Town all college tuition reimbursement received in the prior twelve (12) months.

3.  This program is contingent on annual funding availability.

L.  Anti-Discrimination, Harassment and Other Complaint Policy

1.  It is the Policy of the Town that all employees enjoy a work environment free from discrimination and/or harassment. Discrimination and harassment are forms of misconduct which undermine the integrity of the employment relationship, lower morale, and interfere with work effectiveness. This policy applies equally to any discrimination or harassment based on race, sex, gender, national origin, religion, age, disability or any other legally protected status. **Discrimination and harassment are illegal and will not be tolerated.**

2.  No employee should be subjected to derogatory verbal or nonverbal references regarding his or her race, sex, gender, national origin, religion, age, disability, or any other legally protected status. No employee, male or female, should be subjected to unsolicited, offensive and unwelcome sexual overtures or conduct (verbal or physical).

3.  Such conduct, whether committed by supervisory or non-supervisory personnel or by third parties or elected officials, is specifically prohibited by state and federal law, as well as by the Town.

App. 1, P. 64

4. It is the responsibility of all supervisors and Department Heads to ensure that discrimination and/or harassment does not take place. At a minimum, Department Heads are required to inform all employees of this policy and to immediately correct any problems that may arise. Supervisors and Department Heads are responsible for maintaining a work environment that is free from discrimination and/or harassment, as well as any other conduct which creates a hostile work environment for any individual.

5. The Town recognizes that invalid, unfounded or false accusations of discrimination and/or harassment can have serious effects on innocent individuals. Therefore, the Human Resources Director shall thoroughly, and as confidentially as possible, investigate with the assistance of the applicable Department Head(s), and if appropriate, legal counsel, any and all complaints of discrimination and/or harassment to determine the most appropriate disposition. Each and every complaint or allegation of discrimination or harassment shall be reported immediately to the Human Resources Director by the Department Head.

6. Harassment and discrimination participants fall into three (3) categories: the alleged offender, the alleged victim and any witnesses. Any of the three (3) can be found in violation of the Policy. A Town employee violates this Policy by participating in discriminatory and/or harassing practices, permitting subordinate employees to engage in such practices, filing false charges or malicious complaints or retaliating against employees who report instances of discrimination and/or harassment.

7. Appropriate disciplinary action shall be taken against any and all individuals who violate the Policy. Any violation of the Policy shall result in disciplinary action up to and including immediate termination from employment.

8. Definition of Sexual Harassment

   a. Sexual harassment, a form of prohibited conduct, means any unwelcome sexual advance, requests for sexual favors or other verbal or physical conduct of a sexual nature when: (a) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; (b) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or (c) such conduct has the purpose or effect of substantially interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

   b. Sexually harassing conduct includes, but is not limited to:
      i. Verbal conduct such as suggestive or offensive comments, lewd remarks, and sexual propositions.
      ii. Non-verbal conduct such as derogatory or pornographic displays, cartoons or drawings, sexual gestures, leers or stares.

16

iii.    Physical conduct such as touching, kissing, patting, brushing up against someone, or assault.

c.    Sexual harassment does not refer to occasional compliments of a socially acceptable nature. It refers to behavior which is not welcome, which is personally offensive, which debilitates morale, and which interferes with work effectiveness. Some behavior that may be acceptable in social settings is not appropriate in the workplace and is considered insulting and demeaning to the victim. In addition, no one should imply, joke about, or threaten that an applicant or individual's employment, assignment, compensation, advancement, career development or any other term or condition of employment is subject to submission or acquiescence to sexual harassment.

9.    Definition of Discrimination and Other Harassment

i.    The term discrimination may include any offensive or unwelcome physical, written, or spoken conduct which is premised on any legally protected status such as race, sex, gender, national origin, religion, age, or disability. Such prohibited conduct includes, but is not limited to, jokes or comments relating to any protected category; the display or circulation of printed materials that reflect mockery, disapproval, stereotypes, hostility, anger or violence based on any protected grounds; or the assignment of work, discipline, or benefits based on any protected grounds.

ii.    Harassment may also be any discrimination by any employee that substantially interferes with an individual's performance or creates what a reasonable person could consider to be an intimidating, hostile, abusive or offensive working environment.

10.    Complaint Procedure

a.    The following procedures should be followed when an employee thinks he or she is the victim of discrimination, harassment and/or other complaint, regardless of whether the allegations are against another employee, including a Charter Officer (i.e., Town Manager, Town Attorney), an elected official or a third party:

i.    Step 1. Anyone who believes that he or she may have been subjected to discrimination and/or harassment should, whenever reasonably possible, first inform the offending party that such behavior is offensive and will not be tolerated.

ii.    Step 2. Because proving a claim of discrimination or harassment can be difficult, the victim should keep a record of times, places and specific details,

17