UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20965-GAYLES/SHAW-WILDER

DINA GOLDSTEIN,

Plaintiff,

vs.

TOWN OF SURFSIDE, FLORIDA;
ENRIQUE DOCE; AND
MARK BLUMSTEIN,

Defendants.
_______________________________/

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY SUPPORTING HER RESPONSE IN OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS**

Plaintiff, Dina Goldstein, notifies the Court and all parties of the filing of *Acevedo v. City of Miami*, No. 24-12650, 2026 U.S. App. LEXIS 26070 (11th Cir. Aug. 26, 2026) (finding no qualified immunity for actions by a public official), as supplemental authority in support of her Response In Opposition to Defendants' Joint Motion to Dismiss [ECF No. 43].

Respectfully submitted this 27th day of August2026,

s/ Brian H. Pollock
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, Florida 33146
Tel: (305) 230-4884
*Counsel for Plaintiff*