UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20965-GAYLES/SHAW-WILDER

DINA GOLDSTEIN

Plaintiff,

v.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, and,
MARK BLUMSTEIN

Defendants.
_______________________________/

**JOINT MOTION FOR RELIEF FROM ATTENDANCE AT COURT ORDERED DISCOVERY CONFERENCE AND PLAINTIFF'S UNOPOSED MOTION TO EXTEND**

The Parties, Plaintiff, DINA GOLDSTEIN ("Plaintiff"), TOWN OF SURFSIDE ("Town"), MARK BLUMSTEIN ("Blumstein"), and ENRIQUE DOCE ("Doce"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 60, Fed. R. Civ. P. 6(b) and Local Rule 7.1(a)(1)(J) requests the entry of an order: (1) vacating the order [ECF No. 33] requiring the parties to appear to the discovery status conference scheduled for September 16, 2026, and (2) granting Plaintiff's unopposed motion to extend the deadline to amend the pleadings and further states:

1. On February 12, 2026, the Plaintiff filed the Complaint [ECF No. 1], asserting numerous federal claims against the Town, MARK BLUMSTEIN ("Blumstein"), and ENRIQUE DOCE ("Doce"). Plaintiff allege violations of 42 U.S.C. §1981, 42 U.S.C. §1983, and Title VII, claims that the Defendants infringed on her alleged property and liberty interests without due process, and further asserts claims for defamation and retaliation against certain Defendants.

2. On April 13, 2026, the Defendants filed a Joint Motion to Dismiss Plaintiff's Complaint [ECF No. 23] addressing the seven counts identified in Plaintiff's Complaint [ECF No.

1].

3. On May 4, 2026, the Court entered an order setting discovery status conference on Wednesday September 16, 2026 [ECF No. 33].

4. On May 5, 2026, Defendants, Blumstein and Doce filed a Joint Motion to Stay discovery [ECF No. 34].

5. On May 11, 2026, Plaintiff filed her Amended Complaint [ECF No. 35] alleging six counts against the Defendants.

6. On May 12, 2026, this Court entered an Amended Scheduling Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge [ECF No. 36].

7. On June 9, 2026, the Defendants filed a Joint Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 39], alleging issues of sovereign immunity and qualified immunity.

8. On August 21, 2026, the Court entered an order granting Defendants' joint motion to stay and stayed discovery pending resolution of Defendants' Joint Motion to Dismiss [ECF No. 47].

**Joint Request For Relief From Attending Mandatory Discovery Status Conference**

9. Pursuant to the Motion to Stay pending resolution of Defendants' Joint Motion to Dismiss, the parties are requesting relief from the mandatory attendance at the discovery status conference scheduled for September 16, 2026, and for this to be rescheduled to occur within a commensurate time after the Court enters its ruling on the Joint Motion to Dismiss due to the stay of discovery currently imposed.

10. The parties agree to this relief and jointly request same from the Court.

**Plaintiff's Request To Extend Deadline To Amend Pleadings**

11. In addition, and in light of the pending Joint Motion to Dismiss [ECF No. 39] and stay of discovery in place [ECF No. 47], Plaintiff is requesting the Court to extend the current deadline filing motions to amend the complaint from September 30, 2026, [ECF No. 26] so that amendments to pleadings are due a commensurate time after the Court rules on the Defendants' Joint Motion to Dismiss and lifts the stay of discovery.

12. Defendants do not oppose the relief requested by Plaintiff.

13. A proposed order granting the relief requested above is attached as **Exhibit A**.

14. These requests are made in good faith, not for the purpose of delay, and will not prejudice any party.

**Certificate of Conferral with Counsel**

15. Pursuant to Local Rule 7.1(a)(2), the undersigned counsel for the Town certifies that she conferred with counsel for Plaintiff and Co-Defendants via e-mail correspondence on September 11, 2026, and September 14, 2026 and is authorized to represent that the parties are in agreement with the relief sought.

**WHEREFORE**, Plaintiff, DINA GOLDSTEIN, and Defendants, TOWN OF SURFSIDE, MARK BLUMSTEIN, and ENRIQUE DOCE, jointly request entry of an Order relieving the parties from attendance at the September 16, 2026 Discovery Status Conference to be rescheduled after the Court's ruling on the Joint Motion to Dismiss, and Plaintiff, DINA GOLDSTEIN, requests entry of an Order extending the time to amend the pleadings until after the Court's ruling on the Joint Motion to Dismiss, each as set forth above, and together with such other and further relief as the Court deems just and proper.

Dated: September 15, 2026

Respectfully submitted,

*/s/Mariela E. Tkacik, Esq.*
Mariela E. Tkacik
**Counsel for Defendant Town of Surfside**

*/s/Lourdes Espino Wydler, Esq.*
Lourdes Espino Wydler
**Counsel for Defendant Mark Blumstein**

*/s/Patricia M. Rego Chapman, Esq*.
Patricia M. Rego Chapman
**Counsel for Defendant Enrique Doce**

*/s/Brian Pollock, Esq.*
Brian Pollock
**Counsel for Plaintiff Dina Goldstein**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the **15th** day of September, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jeffrey L. Hochman*
Jeffrey L. Hochman
Fla. Bar. No. 902098

*/s/ Mariela E. Tkacik*
Mariela E. Tkacik
Fla. Bar. No. 1030433

Johnson, Anselmo, Murdoch,
Burke, Piper & Hochman, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
Tel: (954) 463-0100
Fax: (954) 463-2444
hochman@jambg.com
cardona@jambg.com
finley@jambg.com
metkacik@jambg.com
cisaac@jambg.com

**SERVICE LIST**

**Brian H. Pollock, Esq.**
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: 305-230-4884
brian@fairlawattorney.com
*Counsel for Plaintiff*

**Douglas T. Noah, Esq.**
**Patricia M. Rego Chapman, Esq.**
Dean Ringers et al
Capital Plaza I
201 East Pine Street, Suite 1200
Orlando, FL 32801
Tel: (407) 422-4310
dnoah@drml-law.com
PChapman@drml-law.com
*Counsel for Co-Defendant Enrique Doce*

**Lourdes Espino Wydler, Esq.**
**Alandra A. Tejedor, Esq.**
Wydler Law
1550 Madruga Ave., Suite 400
Coral Gables, FL 33146
Office: 305-446-5528
lew@wydlerlaw.com
aat@wydlerlaw.com
guertty@wydlerlaw.com
*Counsel for Co-Defendant Mark Blumstein*

**Jeffrey L. Hochman, Esq.**
**Mariela E. Tkacik, Esq.**
Johnson, Anselmo, Murdoch, Burke,
Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Ste. 1000
Ft. Lauderdale, FL 33304
Tel: 954-463-0100
hochman@jambg.com
METkacik@jambg.com
cardona@jambg.com
finley@jambg.com
cisaac@jambg.com
*Counsel for Defendant Town of Surfside*