UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20965-GAYLES/SHAW-WILDER

DINA GOLDSTEIN

Plaintiff,

v.

TOWN OF SURFSIDE, FLORIDA,
ENRIQUE DOCE, and,
MARK BLUMSTEIN

Defendants.
_________________________________/

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR RELIEF FROM ATTENDANCE AT COURT ORDERED DISCOVERY CONFERENCE AND PLAINTIFF'S UNOPOSED MOTION TO EXTEND**

This Cause having come before the Court on the Parties' Joint Motion for Relief from Attendance at Court Ordered Discovery Status Conference (scheduled for September 16, 2026) Plaintiff's Unopposed Motion to Extend (the deadline to amend the pleadings, and the Court, having reviewed the motion and being otherwise fully advised in the premises: it is ORDERED AND ADJUDGED that said motion is GRANTED. (1) The parties are hereby excused from the Discovery Status Conference scheduled for September 16, 2026, and it will be rescheduled after the Court enters an Order on the pending Joint Motion to Dismiss and lifts the stay of discovery; and (2) The deadline to amend the pleadings is extended until after the Court's ruling on the pending Joint Motion to Dismiss and will be addressed by separate Order from the Court.

**DONE AND ORDERED** in the Southern District of Florida this ___ of _____, 2026.

_________________________________

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record