UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20965-GAYLES/SHAW-WILDER

DINA GOLDSTEIN,

Plaintiff,

vs.

TOWN OF SURFSIDE,
FLORIDA, ENRIQUE DOCE,
AND MARK BLUMSTEIN,

Defendants.
_______________________________/

**PLAINTIFF'S NOTICE OF NINETY DAYS EXPIRING**

Plaintiff, Dina Goldstein, notifies the Court that ninety (90) days have elapsed since the filing of Defendants, Town of Surfside, Enrique Doce, and Mark Blumstein's Joint Motion To Dismiss Plaintiff's Amended Complaint on June 9, 2016, Plaintiff's Response in Opposition to Defendants' Joint Motion to Dismiss on July 19, 2026, and Defendants, Town of Surfside, Enrique Doce, and Mark Blumstein's Reply In Support Of Their Motion to Dismiss Plaintiffs' Amended Complaint filed July 22, 2026 [ECF Nos. 39, 43, 46], without a hearing or ruling thereon.

Dated this 26th day of October 2026.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*